UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE;<br>DEREK IBARGUEN, in his official capacity as Supervisor of the White Mountain National Forest; and JAMES INNES, in his official capacity as the District Ranger for the Saco Ranger District,<br><br>      Federal Defendants. | Case No. 1:25-cv-00237-SE-TSM |

## NOTICE OF APPEARANCE

Federal Defendants hereby enter the appearance of Reade E. Wilson, United States Department of Justice, as counsel of record on behalf of Federal Defendants United States Forest Service; Derek Ibarguen, in his official capacity as Supervisor of the White Mountain National Forest; and James Innes, in his official capacity as the District Ranger for the Saco Ranger District, in this matter. Ms. Wilson is a member of the bar of the State of Maine, and her bar identification number is 4992. She is registered with the Court's CM/ECF system for electronic filings using the email address reade.wilson@usdoj.gov. Service of all other papers, when by U.S. Mail, should be addressed as follows:

      Reade E. Wilson
      U.S. Department of Justice
      Environment & Natural Resources Division
      Natural Resources Section
      P.O. Box 7611
      Ben Franklin Station
      Washington, DC 20044-7611

Express deliveries (courier, etc.) should be addressed to:

> Reade E. Wilson
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 150 M Street NE
> Washington, DC 20002

Respectfully submitted this 25th day of July, 2025.

> ADAM R.F. GUSTAFSON
> ACTING ASSISTANT ATTORNEY GENERAL
> United States Department of Justice
> Environment & Natural Resources Division
>
> */s/ Reade E. Wilson*
> READE E. WILSON
> Trial Attorney
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> 202-305-0299 (office)
> 202-305-0275 (fax)
> reade.wilson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to the attorneys of record.

                                               */s/Reade E. Wilson*
                                               READE E. WILSON
                                               Trial Attorney