AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    U.S. Forest Service

was received by me on *(date)*    June 23, 2025    .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    the U.S. Attorney for the District of New Hampshire, the Attorney General of the United States, and U.S. Forest Service    , who are
designated by law to accept service of process on behalf of *(name of organization)*
U.S. Forest Service, in accord with FRCP 4(i)(2)    on *(date)*    July 23, 2025    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    August 28, 2025

_____
*Server's signature*

Taylor Cox, Program Coordinator, Environmental Advocacy Clinic
Vermont Law and Graduate School
_____
*Printed name and title*

164 Chelsea Street, PO Box 96, South Royalton VT 05068
_____
*Server's address*

Additional information regarding attempted service, etc:

Attached please find copies of the certified mail return receipts from the Attorney General of the United States and the U.S. Attorney for the District of New Hampshire, and a true and accurate copy of the tracking information showing delivery to the Defendant U.S. Forest Service.



Delivery confirmation for certified mail to US Forest Service headquarters:



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Derek Ibarguen (in his official capacity as Supervisor of the White Mountain National Forest)

was received by me on *(date)* June 23, 2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* the U.S. Attorney for the District of New Hampshire, the Attorney General of the United States, and Derek Ibarguen (in his official capacity) , who are
designated by law to accept service of process on behalf of *(name of organization)*
Derek Ibarguen (in his official capacity), in accord with FRCP 4(i)(2) on *(date)* July 23, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 28, 2025

_____
*Server's signature*

Taylor Cox, Program Coordinator, Environmental Advocacy Clinic
Vermont Law and Graduate School
_____
*Printed name and title*

164 Chelsea Street, PO Box 96, South Royalton VT 05068
_____
*Server's address*

Additional information regarding attempted service, etc:

Attached please find copies of the certified mail return receipts from the Attorney General of the United States, the U.S. Attorney for the District of New Hampshire, and Defendant Derek Ibarguen (in his official capacity).



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Derek Ibarguen - White Mountain
National Forest Supervisor

71 White Mountain Drive
Campton, NH 03223

9590 9402 8812 4005 4462 39

2. Article Number (Transfer from service label)

7022 1670 0002 4808 2128

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  Mail
  Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530 - 0001

9590 9402 8812 4005 4462 53

2. Article Number (Transfer from service label)

7022 1670 0002 4808 2173

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    Evie Gassah        ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

    AUG 04 2025

D. Is delivery address different from item 1?  ☐
   If YES, enter delivery address below:       ☐

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  and Mail
  and Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney Jay McCormack
C/O Civil Process Clerk
53 Pleasant St., 4th Floor
Concord, NH 03301

9590 9402 8812 4005 4468 33

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☒ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

  T. Fosler            7-28-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  d Mail

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Innes (in his official capacity as District Ranger for the Saco District)

was received by me on *(date)* June 23, 2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* the U.S. Attorney for the District of New Hampshire, the Attorney General of the United States, and James Innes (in his official capacity) , who are
designated by law to accept service of process on behalf of *(name of organization)*
James Innes (in his official capacity), in accord with FRCP 4(i)(2) on *(date)* July 23, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 28, 2025

_____
*Server's signature*

Taylor Cox, Program Coordinator, Environmental Advocacy Clinic
Vermont Law and Graduate School
_____
*Printed name and title*

164 Chelsea Street, PO Box 96, South Royalton VT 05068
_____
*Server's address*

Additional information regarding attempted service, etc:

Attached please find copies of the certified mail return receipts from the
Attorney General of the United States, the U.S. Attorney for the District of New Hampshire,
and Defendant James Innes (in his official capacity).



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Innes - US Forest Service
33 Kancamagus Highway
Conway, NH 03818

9590 9402 8812 4005 4462 22

2. Article Number (Transfer from service label)
7022 1670 0002 4808 2135

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   red Mail Restricted Delivery
   r $500)

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

9590 9402 8812 4005 4462 53

2. Article Number (Transfer from service label)
7022 1670 0002 4808 2173

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   Evie dassou                      ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery
AUG 0 4 2025

D. Is delivery address different from item 1?  ☐
   If YES, enter delivery address below:        ☐

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
   red Mail
   red Mail Restricted Delivery
   (over $500)

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney Jay McCormack
C/O Civil Process Clerk
53 Pleasant St., 4th Floor
Concord, NH 03301

9590 9402 8812 4005 4468 33

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery
   Tessier                            7-28-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
   d Mail