UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE;<br>DEREK IBARGUEN, in his official capacity as Supervisor of the White Mountain National Forest; and JAMES INNES, in his official capacity as the District Ranger for the Saco Ranger District,<br><br>    Federal Defendants. | Case No. 1:25-cv-00237-SE-TSM |

### NOTICE OF LODGING ADMINISTRATIVE RECORD

Federal Defendants notice the lodging of the U.S. Forest Service Administrative Record in the above-captioned case. The certification and index are attached to this Notice. Federal Defendants will provide two copies of a hard drive containing the Administrative Record with hyperlinked index to the Court By overnight delivery. One copy is for the Clerk's office and one copy is for delivery to the Chambers of the Honorable Judge Elliott. Federal Defendants will provide counsel of record an electronic link to the Administrative Record with hyperlinked index.

Dated: September 11, 2025.   Respectfully submitted,

                                         ADAM R.F. GUSTAFSON
                                       Acting Assistant Attorney General
                                       United States Department of Justice
                                       Environment & Natural Resources Division

/s/ Reade E. Wilson
READE E. WILSON
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 598-3546
reade.wilson@usdoj.gov

*Counsel for Federal Defendants*