UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE;<br>DEREK IBARGUEN, in his official capacity as Supervisor of the White Mountain National Forest; and JAMES INNES, in his official capacity as the District Ranger for the Saco Ranger District,<br><br>    Federal Defendants. | Case No. 1:25-cv-00237-SE-TSM |

## SCHEDULING ORDER

The Court has considered the parties' joint case management plan and enters the following Scheduling Order:

1. This case for review of agency action on an administrative record is assigned to the administrative track under Local Rule 40.1(a)(1).

2. Any amendment to the Complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1) is due by **September 15, 2025**. Federal Defendants' Response to Plaintiff's Complaint (Dkt. 5) is deemed the responsive pleading to any amended complaint.

3. The Administrative Record shall be lodged by **September 12, 2025**. Federal Defendants' request to lodge the Administrative Record in electronic form only is **GRANTED**.

4. Plaintiff's deadline to raise informally in writing to Federal Defendants' counsel any materials that it asserts are necessary to supplement, complete, or otherwise challenge the contents of the Administrative Record is **September 19, 2025**.

5. Any motion to supplement, complete, or otherwise challenge the contents of the Administrative Record is due **October 3, 2025**.

6. The filing of a motion to complete, supplement, or otherwise challenge the contents of the Administrative Record **will suspend** the summary judgment briefing set forth below. The parties shall file a joint status report with proposed briefing dates for summary judgment briefing within **fourteen days** of the Court's order resolving challenges (if any) to the contents of the Administrative Record.

7. If there are no motions regarding the Administrative Record, Plaintiff's opening summary judgment brief and declarations on standing are due **October 17, 2025**. Plaintiff's opening brief is limited to **35 pages**.

8. Amicus briefs (if any) in support of Plaintiff are due **October 24, 2025**. Amicus briefs are limited to **10 pages**.

9. Federal Defendants' combined cross-motion and response is due **November 21, 2025**. Federal Defendants' opening brief is limited to **35 pages**.

10. Amicus briefs (if any) in support of Federal Defendants are due **December 1, 2025**. Amicus briefs are limited to **10 pages**.

11. Plaintiff's combined response and reply brief is due **December 19, 2025**. Plaintiffs' second brief is limited to **20 pages**.

12. Federal Defendants' reply brief is due **January 16, 2026**. Federal Defendants' second brief is limited to **20 pages**.

13. Oral argument on the parties' cross-motions for summary judgment is to be determined, if necessary, after the court reviews the parties' briefing.

14. The pretrial conference scheduled for September 29, 2025, is **VACATED**.

**SO ORDERED.**

_____
The Honorable Samantha D. Elliott
United States District Judge