UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE;<br>DEREK IBARGUEN, in his official capacity as Supervisor of the White Mountain National Forest; and JAMES INNES, in his official capacity as the District Ranger for the Saco Ranger District,<br><br>      Federal Defendants. | Case No. 1:25-cv-00237-SE-TSM |

### MOTION FOR A STAY OF BRIEFING DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS

    Federal Defendants move for a stay of the summary judgment briefing schedule, Dkt. No. 9, in the above-captioned case due to the lapse in appropriations.

    1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the U.S. Forest Service. The Department does not know when such funding will be restored by Congress.

    2.    Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the summary judgment briefing schedule until Congress has restored appropriations to the Department and the U.S. Forest Service.

4. If this motion for a stay is granted, the parties will file a joint status report proposing a new schedule within 7 days of Congress appropriating funds for the Department of Justice and U.S. Forest Service.

5. Opposing counsel has no objection to this motion if all deadlines are stayed.

Respectfully submitted this 8th day of October, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Reade E. Wilson*
READE E. WILSON
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 598-3546
reade.wilson@usdoj.gov

*Counsel for Federal Defendants*