# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC., <br><br>     Plaintiff, <br><br>   v. <br><br> UNITED STATES FOREST SERVICE; <br> DEREK IBARGUEN, in his official capacity as Supervisor of the White Mountain National Forest; and JAMES INNES, in his official capacity as the District Ranger for the Saco Ranger District, <br><br>     Federal Defendants. | Case No. 1:25-cv-00237-SE-TSM |

## [PROPOSED] ORDER

The Court has considered Federal Defendants' Motion for a Stay of Briefing Deadlines in Light of Lapse of Appropriations, Dkt. No. 10, and good cause appearing, **GRANTS** the Motion. The parties shall file a joint status report proposing a new summary judgment briefing schedule within 7 days of Congress appropriating funds for the U.S. Department of Justice and U.S. Forest Service.

**SO ORDERED.**

_____
The Honorable Samantha D. Elliott
United States District Judge