# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>*Defendants*. | Case No.: 1:25-cv-00237-SE-TSM<br><br>**STANDING TREES' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the Court's Scheduling Order of September 26, 2025, Plaintiff Standing Trees, by and through undersigned counsel, moves this Court to enter summary judgment on all claims asserted in Standing Trees' Complaint in this action.

In support of this motion, Standing Trees refers the Court to the attached memorandum in support of its motion, the administrative record, and the record of this litigation. As detailed in the memorandum, Standing Trees is entitled to summary judgment because Defendants U.S. Forest Service (Service) and Service officials violated the National Environmental Policy Act (NEPA), the National Forest Management Act (NFMA), and the Administrative Procedure Act (APA) by authorizing the Sandwich Vegetation Management Project. Specifically:

    1.    Standing Trees is entitled to summary judgment on Claim 1 of its Complaint because the Service violated NEPA by failing to adequately consider alternatives during the preparation of the Final Environmental Assessment for the Project. This action was arbitrary, capricious, an abuse of discretion, and not in accordance with law in violation of the APA.

1

2. Standing Trees is entitled to summary judgment on Claim 2 of its Complaint because the Service violated NEPA by failing to take a hard look at the environmental impacts of the Project. This action was arbitrary, capricious, an abuse of discretion, and not in accordance with law in violation of the APA.

3. Standing Trees is entitled to summary judgment on Claim 3 of its Complaint because the Service violated NEPA by concluding that the Project would have no significant environmental impacts without first adequately considering all required factors. This action was arbitrary, capricious, an abuse of discretion, and not in accordance with law in violation of the APA.

4. Standing Trees is entitled to summary judgment on Claim 4 of its Complaint because the Service violated NFMA by failing to conform the Project and explain its conformance to the requirements of the Service's Forest Plan for the White Mountain National Forest. This action was arbitrary, capricious, an abuse of discretion, and not in accordance with law in violation of the APA.

5. Pursuant to Local Rule 7.1(a)(2), attached are the following supporting documents, all of which are incorporated by reference:

   a. Memorandum in Support of Standing Trees' Motion for Summary Judgment and its references to the Service's administrative record; and

   b. Exhibits to said Memorandum, including the Declarations of Zack Porter on behalf of Standing Trees (Exhibit A), Eric Jones (Exhibit B), Gerald Curran (Exhibit C), Maura King (Exhibit D), and Vinton Thompson (Exhibit E), photo of a skid trail at the Guinea Hill Timber Sale from Complaint p. 29 (Exhibit F), Declaration of Mary Breasted Smyth (Exhibit G), and a photo of road that was

reclaimed by the forest, which the Service proposes to reconstruct, from Complaint p. 27 (Exhibit H).

6. Pursuant to Local Rule 7.1(d), Standing Trees respectfully requests oral argument on this motion and the Service's anticipated cross-motion following the close of briefing.

WHEREFORE, Standing Trees respectfully requests that this Court grant Standing Trees' motion for summary judgment, vacate the Service's decisions regarding the Project, and such further relief as the Court deems just and reasonable.

Respectfully submitted, this the 17th day of October, 2025.

STANDING TREES, INC.

By its counsel:

/s/ Christophe Courchesne
Christophe Courchesne
NH Bar No. 20431
Associate Professor and Director
Environmental Advocacy Clinic
Vermont Law and Graduate School
164 Chelsea Street, PO Box 96
South Royalton, VT 05068
(802) 831-1630
(802) 831-1631 (fax)
ccourchesne@vermontlaw.edu

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I served the foregoing document electronically through ECF upon all counsel of record.

/s/ Christophe Courchesne
Christophe Courchesne
*Counsel for Standing Trees, Inc.*