# Exhibit A

## DECLARATION OF ZACK PORTER ON BEHALF OF STANDING TREES

1. I, Zack Porter, am over the age of 18, and I am competent to testify to all facts contained in this declaration. The declaration is based on my personal knowledge, information, and belief.

2. I am providing this declaration in support of Plaintiff Standing Trees.

3. Standing Trees is a grassroots membership organization with more than 3,000 members and supporters in the New England region and beyond.

4. I co-founded Standing Trees and have served as executive director since 2021.

5. I have dedicated my career to protecting public lands and waters. I have degrees in Geography and Wilderness Studies from the University of Montana, where I studied forest ecology, natural resource conflict resolution, and public land policy, planning and management. I began my professional career in 2004 with the US Forest Service, where I worked for three seasons as a Forestry Technician on two National Forests. From 2008 to 2018, I served in a variety of capacities with the Montana Wilderness Association, including as a board member, NextGen Wilderness Leaders Program Director, and Western Montana Field Director, positions in which I leveraged my expertise in public land policy and management, and community organizing to influence Congressional legislation and decision-making by the US Forest Service. During my time at Montana Wilderness Association, I participated in conservation collaboratives including the Blackfoot-Clearwater Stewardship Project and the Southwestern Crown Collaborative, a part of the congressionally-created Collaborative Forest Landscape Restoration Program. While serving in these collaboratives, I worked closely with the Forest Service to protect imperiled wildlands and wildlife, support the regional wood products industry, and guide

    National Forest timber harvests and landscape restoration activities to ecologically appropriate locations for the benefit of fish and wildlife habitat, and to reduce community vulnerability to wildfire. The Forest Service recognized my commitment and partnership with a Regional Forester's Award and a Wilderness Legacy Award. Additionally, I was selected to serve as a panelist for Forest Service Chief Tom Tidwell's five-year performance review of Forest Service Region One.

6. The purpose of Standing Trees is to protect and restore New England's native ecosystems and safeguard the interests of its supporters and members. Standing Trees works to protect and restore forests on New England's public lands, with a focus on New Hampshire and Vermont. Consistent with its purpose, Standing Trees advocates for just and equitable policies and practices for managing public lands, thereby promoting clean water, clean air, forest health, public health, and unfragmented habitat in the region. This includes monitoring the development of forest management plans and timber sales to ensure the lawful and scientifically-supported management of public lands.

7. Standing Trees and its members rely on the open government provisions of the National Environmental Policy Act (NEPA). In particular, public disclosure of pending environmental reviews under NEPA enables Standing Trees to learn about proposed federal actions in New England that impact water quality, air quality, forest health, public health, and intact habitat in the region. Standing Trees actively participates in these environmental reviews by submitting comments and objections on project documents and attending public meetings—all to ensure that information on environmental impacts is publicly disclosed, that state and federal agencies rely on the best available science, and that agency decision-making is lawful and in the public interest. The comments and

objections that Standing Trees submits usually contain proposed alternatives to plans that would reduce negative impact to the environment and protect and restore high-functioning ecosystems. Therefore, to develop well-informed and site-specific alternatives, Standing Trees relies on detailed information provided in project documentation.

8. Standing Trees has been involved with the Sandwich Vegetation Management Project (Sandwich Project) since attending a virtual public comment meeting on June 23, 2022. Standing Trees submitted its first comments on July 1, 2022 in response to the Notice of Proposed Action for the Sandwich Project. Numerous current Standing Trees members submitted comments and objections in their individual capacities, as well.

9. Members of Standing Trees live adjacent to or near the Sandwich project site and fear the Sandwich Project will negatively impact their community as well as the wildlife, plant life, water, and other resources within the project area. Similarly, these members reasonably expect that the Sandwich project will impact their property values and recreational, aesthetic, and spiritual interests in the land and water in or adjacent to the project area.

10. In my capacity as Standing Trees' Executive Director I have investigated the impacts of the proposed and ongoing timber harvests in the Sandwich Project area.

11. Most recently, On April 10, 2025, I hiked up and around Guinea Hill with a group of concerned Standing Trees members to inspect skid trails and two harvest units that were cut in the Guinea Hill timber sale in early 2025. I hiked to the top of harvest unit 14, a nine-acre "patch cut" (a patch cut is defined as ten acres or smaller but is otherwise identical to a "clearcut") along a seasonal stream that was logged over; no trees remain to

hold in soil during heavy rain events. Harvest unit 14 was supposed to be cut in the summer (Final EA at 42), but was cut instead during the winter. The patch cut is clearly visible from the summit of Mt Chocorua, one of the most popular hiking destinations in the White Mountains and the first White Mountain peak that I climbed as an independent, young adult.

12. From harvest unit 14, I hiked a new skid trail of approximately one-half mile in length which ascends a very steep section of Guinea Hill, and which contains abundant exposed ground, susceptible to runoff from storm events. The skid trail leads to harvest units 32 and 28. Despite the enormous size of this skid trail, it was undisclosed and unanalyzed in the Final EA along with all other skid trails. During the public comment process, Standing Trees asked the Forest Service to disclose where timber harvest access routes, such as the skid trail described above, would be located. Such information would have allowed Standing Trees to craft a better comment letter and to suggest additional alternatives for the Forest Service's consideration.

13.  In recent years, I visited the harvest units in the Sandwich Project area on at least four other occasions: 1) I hiked the Guinea Hill area on August 12, 2023 to view areas proposed for logging and historic "roads" the Forest Service appeared to be proposing to use to support logging operations; 2) I visited the Ferncroft region of the Sandwich Project on August 14, 2023 to view areas proposed for logging and roads proposed for use in logging operations; 3) I led journalists through the Ferncroft and Liberty timber sale areas on June 26, 2024; 4) I took a hike on the Liberty Trail with my wife and daughter to view the Liberty region of the Sandwich Project on August 11th, 2024.  ___

14. I ascended Mt. Chocorua using the Liberty Trail on my first independent hike when I was approximately 18; it catalyzed my love for the White Mountains' vast wild spaces. I have a nine-year-old daughter and I intend to hike with her to the summit of Mt Chocorua along the Liberty Trail.

15. I have visited with impacted local residents and concerned citizens on multiple occasions, some of whom were involved in the campaign to designate large areas in the Sandwich Range as wilderness a few decades ago. These individuals, including Standing Trees members, feel betrayed by the Forest Service.

16. On July 1, 2022, Standing Trees submitted detailed scoping comments to the Sandwich project, highlighting, among other things, the importance of preserving interior, mature forests to protect clean water, sequester and store carbon, and provide healthy unfragmented forest habitat, including for endangered species. The comments highlighted important area resources like mature and old forest, and emphasized the Forest Service's obligations under NEPA to consider alternatives and take a hard look at environmental impacts, in addition to the Forest Service's obligations under NFMA.

17. On August 30, 2023, Standing Trees submitted detailed comments on the Draft Environmental Assessment for the Sandwich project, reiterating its concerns from its scoping comments because they had not been adequately addressed in the Draft EA. The comments, submitted by the Vermont Law and Graduate School's Environmental Advocacy Clinic, highlighted the numerous legal deficiencies of the EA. In addition, the comments shared information gathered from Standing Trees' site visits, including that proposed reconstruction of roads was reconstruction in name only: the roads had been entirely reclaimed by the forest.

18. On April 1, 2024, Standing Trees submitted a detailed objection to the Sandwich project, highlighting the numerous scientific and legal deficiencies that Standing Trees alerted the Forest Service to in Standing Trees' two previous comments. The objection, submitted by the Vermont law and Graduate School's environmental advocacy clinic, detailed numerous NEPA violations that the Forest Service committed by releasing a finding of no significant impact for the Sandwich project. The objection also raised numerous legal violations under the National Forest Management Act.

19. Standing Trees is concerned about the impacts of logging on the Chocorua Inventoried Roadless Area (IRA) and Sandwich 1 IRA. Standing Trees is troubled that the Forest Service did not acknowledge the presence of the IRAs in the project area until the Final EA, and is especially concerned that the Forest Service overlooked the impacts that logging in the IRAs would have on future wilderness evaluation for both IRAs.

20. The authorization of the Sandwich project will cause harm to Standing Trees' interests in protecting the climate, water quality, endangered species, scenic integrity in the White Mountain National Forest, and recreational and other resources.

21. Many of Standing Trees' members and supporters regularly visit the White Mountain National Forest, including the Sandwich project area, where they enjoy hiking, wildlife watching, skiing, hunting, and other activities that will be harmed by the Forest Service's approved management actions. Some of Standing Trees' members live adjacent to the project area, and as mentioned will be harmed by approved project activities.

22. Standing Trees asserts that the Forest Service's decision to approve the Sandwich project violates NEPA and NFMA. Specifically, Standing Trees and its members are concerned that the Forest Service failed to consider any alternatives, take a requisite "hard look" at

impacts to a range of resources, calculate cumulative impacts, or comply with the White Mountain National Forest Plan (Forest Plan). Moreover, Standing Trees asserts that the Forest Service's finding of no significant impact is arbitrary without proper treatment of the failures mentioned above.

23. Standing Trees and its members have been harmed by the Forest Service's decision to approve the Sandwich project because the Forest Service did not consider alternatives, take a requisite "hard look" at impacts to a range of resources, calculate cumulative impacts, or comply with the Forest Plant to make a lawful finding of no significant impact. Additionally, Standing Trees and its members are being harmed because the NEPA decision making process for the Sandwich project did not provide Standing Trees and its members necessary information to make fully informed decisions and engage in informed advocacy efforts.

24. Standing Trees relies on the public involvement aspect of the NEPA process to engage in administrative decisions and to influence decisions that would affect it and its members.

25. Standing Trees is actively involved in the NEPA process for several additional Forest Service projects being proposed in Vermont and New Hampshire. Standing Trees plans to continue its involvement in these projects, many of which demonstrate a replication by the Forest Service of the same legal violations at issue in the Sandwich project.

26. Standing Trees and its members, therefore, are suffering ongoing injuries, and will imminently suffer additional injuries now that the Sandwich project is authorized, and operations are underway.

27. The injury to Standing Trees and its members would be redressed by an order from the Court vacating the final Decision Notice and enjoining defendants from proceeding with

    the projects until the Forest Service has complied with the National Environmental Policy Act, National Forest Management Act, and Administrative Procedure Act.

28. I swear, under penalty of perjury, that the foregoing is true and correct.

Executed on this 10 of June, 2025,

*[signature]*

Zack Porter