# Exhibit B

## DECLARATION OF RICHARD ERIC JONES

1. I, Richard Eric Jones, am competent to testify to all the facts contained in this declaration.
2. I own approximately 259 acres of property west of Mt. Israel Road, abutting the Guinea Hill sale near timber units 17 and 15, which are slated for clearcut. I have owned this land since 1987.
3. I am a member of Standing Trees.
4. I reside in Glencliff, New Hampshire—an unincorporated village within the town of Warren, NH—approximately 47 miles from the project area. I live in New Hampshire for half of the year and check on my property at least once per month while I am here and have done so consistently for 38 years.
5. My land ascends approximately 1,000 vertical feet up Mt. Israel, offering an unparalleled view of the surrounding forests, extending all the way to Maine. It is a pristine, undeveloped landscape that is integral to my enjoyment and the value of my property.
6. I have a strong personal connection to this land. My son worked his first job in the area, and my daughter was married here. My wife and I have also chosen to be buried here, and the thought of this place being altered so drastically by clearcutting is deeply distressing.
7. I first learned of this project when I received notice from the Forest Service by email.
8. I frequently hike and recreate in the Sandwich area. The trails on my property lead directly onto U.S. Forest Service land, and I regularly cross into the project area to hike to the summit of Mt. Israel. I have done this for nearly four decades and intend to continue doing so.
9. The proposed clearcuts will significantly degrade the scenic view from my land and the summit of Mt. Israel. The scars from logging will be visible from my property and from the trail I hike regularly. I am particularly concerned that the Forest Service did not conduct an adequate investigation into the scenic impacts on Mt. Israel.
10. The water quality of my land will also suffer if this project moves forward. The steep terrain of timber units 15 and 17 means that runoff from the clearcut will flow onto my property, carrying dirt, rocks, and other debris. This will not only affect the streams on my land but also suffocate young trees under layers of sediment.
11. My wife and I have a website (https://legacyforesttrust.com), which documents our use of our land abutting the project area. If you click on the three parallel, horizontal bars in the top-left corner and navigate to "Property Pictures," you will find many photos documenting me

and my wife's use of and deep connection to the land. Additionally, navigating to "Margaret's Poems" and then clicking on "Burial Ground" will lead you to a poem about the land where we plan to be buried that abuts the project area.

12. I requested that the Forest Service implement a 300-foot buffer between the clearcut areas and my property boundary, but no one responded to my request. This disregard for my concerns exacerbates my belief that the Forest Service has not properly considered the impact of this project on adjacent landowners.

13. In addition to the environmental and personal impacts, this project will diminish the financial value of my property. A previous estate tax assessment valued my land between one and two million dollars. The land's worth is tied to its scenic views, intact forest, and proximity to protected areas. If clearcutting proceeds as planned, these qualities will be irreparably harmed, reducing the desirability and value of my land.

14. I have always valued conservation and purchased my land with the intention of keeping it preserved. I intentionally acquired property adjacent to national forests to contribute to the protection of surrounding wildlife and ecosystems. I have personally witnessed landscapes devastated by deforestation, such as in the Middle East, where once-forested areas have been reduced to barren land. I never imagined such destruction would happen in my own backyard.

15. The Forest Service is directly responsible for causing the harm I will experience if this project is allowed to move forward. The logging, runoff, noise pollution, and habitat destruction will negatively impact my ability to enjoy my land, its views, and the surrounding natural resources.

16. I swear, under penalty of perjury, that the foregoing is true and correct.
Executed on June 20, 2025.

RICHARD ERIC JONES
[Full Name]

*Richard Eric Jones*
[Signature]