# Exhibit C

**DECLARATION OF GERALD CURRAN**

1. I, Gerald Curran, am competent to testify to all the facts contained in this declaration.

2. I reside in Conway, New Hampshire, which is roughly 14 miles from the Sandwich Project area. The beautiful forests and tall peaks are what brought me here and why I have stayed.

3. I am a member of Standing Trees. I regularly hike in the project area, and plan to do so this summer.

4. I became aware of the project from speaking with Zack Porter, Executive Director of Standing Trees.

5. I have come to the Sandwich area for almost sixty years. Initiatilly, I vacationed here when I was a teenager in 1966. I bought a vacation home here about 30 years ago. About 6 years ago, I bought a permanent home, and now live in the shadow of Mount Chocorua.

6. I often enjoy recreating in White Mountain National Forest. To me, it is a jewel—one of the most beautiful places in the world.

7. I have used the project area for many years to hike (even in the winter), backpack, and ski, all the while growing my emotional connection to the beautiful, forested land.

8. Specifically, I enjoy hiking on the Liberty Trail to the top of Mount Chocorua. I have done this hike more times than I can count. I will certainly hike it this summer.

9. This project threatens my ability to enjoy this hike. The project proposes timber harvest along more than a mile of the Liberty Trail, one of the most popular routes to the peak of Mount Chocorua in the Mount Chocorua Scenic Area.

10. I have extensively photographed and documented the damage to the White Mountain National Forest from logging, and am familiar with its impacts on recreation and scenery.

11. I am concerned that the Service did not adequately study the impacts of timber harvest on the spectacular recreational resources in the area. In particular, I am concerned that the Service will have a minimum 66-foot buffer between logging and hiking trails. I have experienced such buffers before, and they are inadequate, especially in the winter when the foliage dies back. These buffers leave a thin patch

12. of forest through which I can see the carnage of commercial logging for at least a decade.

13. I am also worried that the scenery analysis did not evaluate all the impacts to scenery. I was left in the dark regarding whether other peaks, especially 4000-footers in the Sandwich Range will have their views impacted.

14. The project threatens my ability to enjoy every single one of these hikes. This project will spoil views I cherish, and subject me to the sounds and smells of commercial logging. These impacts will displace wildlife, and ruin the peace and quiet I moved to the area for.

15. I am concerned that I have not been able to meaningfully participate in the public involvement process due to the Forest Service's failure to provide complete environmental review and analysis of the Sandwich Project.

16. The Forest Service is directly responsible for the injuries I would experience if this project were to proceed.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2025.

*Gerald Curran*

Gerald Curran