# Exhibit D

## DECLARATION OF MAURA ANN KING

1. I, Maura Ann King, am competent to testify to all the facts contained in this declaration.
2. I reside in Tamworth, New Hampshire, in the Wonalancet area, approximately 1.5 miles from the Ferncroft project area. I moved to Wonalancet in 1987 with my husband, and we have lived here ever since.
3. I am a member of Standing Trees.
4. I am the President of the Wonalancet Preservation Association (WPA), an organization of landowners in the White Mountains committed to the protection of our local area's beauty.
5. My personal connection to the land runs deep. I walk my dog in the forest every day after school in the summer, and these trails are where I go to get away from it all. The Ferncroft area provides a quiet, remote, and pristine environment that is becoming increasingly rare.
6. I became aware of the Ferncroft project through the WPA, other local organizations and fellow hikers.
7. I have been hiking, walking, cross-country skiing, and recreating in the Ferncroft area since moving to Wonalancet in 1987. These activities remain a consistent part of my life today.
8. Specifically, I walk my dog on Spring Brook Road, as well as private trails that feed into Forest Service trails such as Ainsworth Trail and Gordon's Path.
9. I choose to recreate in the Ferncroft area for several reasons: the privacy of the trails, the variation in altitude—which is great for exercise—and the presence of streams, where my dog swims to cool off in the summer.
10. I frequently observe wildlife in the area, including a mama bear and her cubs, wood thrush, lady slippers, and seasonal berries, which I know where to find each year. The Beech trees here are also crucial food sources for the bears and other wildlife and are an essential part of the ecosystem.
11. The water resources in the Ferncroft area are essential for my recreation. My dog swims and drinks from these streams. The quality of the water directly impacts my ability to safely use these resources.
12. If the final project moves forward, it will significantly impact my daily life. The presence of logging trucks will force me to seek recreation elsewhere. The noise and disruption will ruin the sense of peace and quiet that makes the Ferncroft area so special. The destruction of trails like Spring Brook Road will eliminate my primary cross-country skiing route, forcing me to

13. drive nearly an hour to Jackson for cross-country skiing. I often cross-country ski in the winter, so a disruption of this magnitude is unacceptable.
14. I own property in Wonalancet, and my decision to purchase land here was deeply influenced by the area's natural beauty, quiet "back road" feeling, and stunning views. My husband and I even got married in the Wonalancet Chapel.
15. While I do not plan to sell my property due to this project, the logging will irreversibly change the landscape that I love.
16. My seasonal recreation varies, but the forest remains essential to me throughout the year. In the winter, I cross-country ski on Spring Brook Road. In the spring and fall, I walk and hike on local trails. In the summer, I hike extensively, walk my dog, and swim in the river.
17. I have documented my experiences in the Ferncroft area through photographs and videos, including pictures of my dog in the streams and on the trails.
18. I attended all four informational meetings regarding the project and never received a clear justification for why this project needs to last five to ten years.
19. The extended timeline is unacceptable, particularly for Wonalancet's aging community. Many residents may not have five to ten years left to enjoy the land, meaning they will never see the forest recover within their lifetime.
20. If the logging trucks come through, I will have to travel elsewhere to recreate, as they will drive on Spring Brook Road, where I hike and ski.
21. I have witnessed the impacts of previous logging in Wonalancet. When I moved here in the 1980s, there were large, clear-cut areas—ugly, brown scars in an otherwise green landscape. It took over a decade for these areas to recover. The current project threatens to repeat this devastation.
22. My personal stake in the Ferncroft project is significant. This land is part of my identity—I have spent decades walking its trails, observing its wildlife, and enjoying the forest's peaceful solitude.
23. The Forest Service has described the forest as "unhealthy," but I do not agree. In my experience, the ecosystem is thriving.
24. Many of the trails in the area, such as Ainsworth Trail and Gordon Path, are not even visible on the Ferncroft map. This raises concerns about the accuracy of the Forest Service's understanding of the land they propose to log.

24. During the COVID-19 pandemic, the forest was essential for many of our community members' mental health and well-being. I cannot imagine losing access to these trails—or having them disrupted for five or more years. I am troubled by how little consideration the Service gave to the project's recreational impacts.

25. I swear, under penalty of perjury, that the foregoing is true and correct.
    Executed on June 20, 2025.

    [Full Name] Maura Ann King

    [Signature] Maura King