# Exhibit E

**DECLARATION OF VINTON NEWBOLD THOMPSON III**

1.  I, Vinton Newbold Thompson III, am competent to testify to all the facts contained in this declaration.

2.  I own approximately 42.5 acres of property that directly abuts the Ferncroft Timber Sale area. The property has an old farmhouse that was the first home built in the Wonalancet valley.

3.  I am a member of Standing Trees.

4.  I reside in New York, New York, approximately 250 miles from the project area.

5.  I have regularly visited Sandwich since at least the 1950s. My uncle and aunt lived in Tamworth and Sandwich while I was a child. My mother bought a summer cabin in Wonalancet in the 1970s. I took my own children to stay at the cabin throughout the 1980s and 90s.

6.  I have continually visited my home in Sandwich since I bought it in 2008. Since I retired in 2018, I have spent even more time in Sandwich. Currently, I spend approximately 16 weeks per year at my home in Sandwich.

7.  I first learned of this project when I heard from neighbors and friends in the community about the public information meetings hosted by the National Forest in the Summer of 2020.

8.  I appreciate how close the Sandwich Range Wilderness is to a settled area. It is very easy to hike in from the trailhead to the Wilderness. The area is heavily used for recreation.

9.  I frequently hike and cross-country ski in the Sandwich area. Two major hiking trails begin on my property and lead into the National Forest. The trails stretch deep into the Wilderness. Public access to trails, the Forest, and Wilderness is important to me, so I entered the trails into a conservation easement with Lakes Region Conservation Trust to ensure the public could always access the Ferncroft area. In the summers, I help maintain the trails with my son.

10. I am an entomologist by training and have a PhD in evolutionary biology from the University of Chicago. My research has focused on spittlebugs, some species of which have severely declined in number or disappeared from the Sandwich area over the last ten years; I believe this is due to climate change and the introduction of competing invasive species from Europe. I enjoy observing the natural area, and sometimes I collect insects.

11. While I recognize logging to create early-successional habitat can create habitat for other insect species, old and mature forests in New England and New Hampshire are rare. I believe it is ecologically important that old and mature forests be preserved as they provide habitat for an altogether different array of species than early-successional habitat, which is abundant in New England, compared to historical forest compositions.

12. Moreover, the Sandwich area's old and mature forests offer spectacular recreation opportunities and scenic landscapes. I take issue with the lack of attention to the impacts to recreation and scenery by the Forest Service in its NEPA analysis. I attended public meetings hosted by the Forest Service where the Service promised to create a recreation plan with this project, but the Forest Service never published one.

13. The Forest Service seeks an easement to use a road on my property to conduct the Ferncroft Timber Sale. At the present time and for the foreseeable future, in view of Forest Service policies, including a stated intent to increase cutting nationwide, with no effective public review, I oppose their use of my property to log public lands.

14. I am concerned that no site-specific analysis was done in the Project's water quality analysis. Our property gets water from a well, and I am worried that the Forest Service has not adequately studied impacts of water pollution to the groundwater or wells in the Ferncroft/Wonalancet area. I am concerned that improper handling of equipment, including spills of hydraulic fluid, and inadequate watercourse buffers will negatively impact well water.

15. I published a peer-reviewed article in Ecological Entomology that documented the relationships among ectomycorrhizal fungi, their plant hosts, and the insects that feed on their plant hosts. I think the Forest Service's treatment of the climate impacts is superficial, and unconvincing. The Forest Service did not even attempt to quantify emissions from the project and ignored compelling scientific research regarding soil carbon sequestration. Most of the trees and shrubs in the Sandwich area are ectomycorrhizal. When the trees are cut, the ectomycorrhizal fungi, which comprise a substantial part of all soil carbon, die, to be replaced by other fungi, with profound consequences for the soil biota and structure, including carbon pools. Cuts, especially group selection and clearcuts, both of which are prescribed for units of the Project may lead to net loss of soil carbon sequestered by ectomycorrhizal fungi.

16. Moreover, the Forest Service did not substantiate its claims regarding carbon sequestration with site-specific quantitative analysis, which frustrated my ability to engage with their assertion that any initial effect on carbon sequestration would be small in scale.

17. The Forest Service is directly responsible for causing the harm I will experience if this project is allowed to move forward. The logging, disruption of water cycling, and habitat destruction will negatively impact my ability to enjoy my land, and the pristine forest that directly abuts it.

18. I swear, under penalty of perjury, that the foregoing is true and correct.


Executed on June 22, 2025


/s/Vinton Newbold Thompson III

Vinton Newbold Thompson, III