# Exhibit G

**DECLARATION OF MARY BREASTED SMYTH**

1. I, Mary Breasted Smyth, am competent to testify to all the facts contained in this declaration.
2. I reside on Mt. Mexico Road in Tamworth, New Hampshire. My property directly abuts U.S. Forest Service land and is surrounded by national forest on three sides. My home is located approximately two miles from the entrance and parking lot for the project area.
3. I am a member of Standing Trees.
4. My relationship with this land spans nearly my entire life and is integral to my identity and sense of well-being. I have been coming to this area since 1953, when I was ten years old. I started to visit the Sandwich area even more frequently when my parents moved to the area in 1971.
5. I bought my parents home in Sandwich after they passed away in 2000. I have owned my property here since 2005 and spend three months each summer here. By 2005, I began to live there for most of the year. We finally became official New Hampshire residents last year, making the home in Sandwich our primary residence.
6. I first became aware of this project several years ago, prior to COVID-19, during a meeting held in Sandwich. At that meeting, Forest Service representatives indicated the project was essentially a foregone conclusion, a perspective that concerned me deeply.
7. I regularly use and enjoy this forested area for recreation. Since childhood, I have used the trails in the Ferncroft area. My activities in the area vary with the seasons; I ski during the winter, and I hike extensively and camp with my grandchildren during spring, summer, and fall.
8. Specifically, I frequently hike along the Bickford Trail, which begins directly behind my property, crosses the ridge, and connects to the Brook Trail, the Beeline, and eventually the Liberty Trail leading to Mt. Chocorua. All these trails traverse areas directly impacted by the proposed project. Additionally, I love to ski on the Ferncroft field near the forest, extending my route into the forest itself.
9. My attraction to the Sandwich area is multifaceted. I love the tranquility, scenic beauty, wildlife, and seasonal changes. Each spring, the unfolding greenery and blooming flowers deeply move me. The presence of wildlife such as bears, deer, wolves, moose, foxes, and raccoons, which I have regularly observed during my hikes, enriches my experience and connection to the area.

10. The water resources in this area significantly impact my recreational activities. I frequently swim and kayak in Bear Camp Pond, swim in the Cold River along Wonalancet, and enjoy walking along streams, including a particular stream near the Kancamagus Highway, which offers natural waterslides where I swim and float.

11. Water quality is of paramount importance to me. Recently, I have grown increasingly concerned about issues such as algae blooms in nearby Lake Winnipesaukee and fear similar degradation could occur here due to runoff and erosion from logging activities. My property relies on gravity-fed water, making me especially vulnerable to logging-related contamination, erosion, or changes in groundwater flow.

12. The Forest Service's proposed logging and clearcutting directly threaten the aspects of this landscape that motivated me to purchase and maintain my property. Should the logging become excessively disruptive, degrade the purity of the area, or irreparably harm the scenic views from my home, I would seriously consider selling my property, something I would greatly prefer not to do.

13. Additionally, I have specific concerns regarding the Forest Service's past logging activities, having personally observed the devastating scars and erosion caused by clearcutting. Logging operations have the potential to cause landslides and environmental destruction.

14. The Forest Service's actions risk significant harm to wildlife habitats, could degrade local water resources, and will unquestionably interfere with my ability to access trails and recreate peacefully. Further, clearcutting mature forests will reduce the area's capacity to store carbon, thereby exacerbating climate change, an issue that deeply concerns me.

15. My personal stake in the Sandwich project is profound and emotional. My family, including my children and grandchildren, relies on this forest for recreation, solace, and connection with nature. This forest is part of my legacy. Losing or severely impacting access to these trails would deprive future generations of my family of meaningful outdoor experiences I have cherished all my life.

16. Lastly, this forest has provided important social and psychological benefits to me and my community, which became especially apparent to me during the COVID-19 pandemic. During this challenging period, I frequently brought friends to the forest to barbecue, providing essential outdoor space and a critical respite from isolation. The Forest Service's

Sandwich logging project would directly impact my ability to enjoy these social and psychological benefits.

17. I swear, under penalty of perjury, that the foregoing is true and correct.

Executed on June 22, 2025.

Mary Breasted Smyth
[Full Name]

Mary Breasted Smyth
[Signature]