UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE;<br>DEREK IBARGUEN, in his official capacity as<br>Supervisor of the White Mountain National Forest; and<br>JAMES INNES, in his official capacity as the District<br>Ranger for the Saco Ranger District,<br><br>　　　　Federal Defendants. | Case No. 1:25-cv-00237-SE-TSM |

## JOINT STATUS REPORT

On the evening of November 12, 2025, funding for the Department of Justice and other executive agencies was restored, ending the lapse in appropriations that began on October 1, 2025. Pursuant to the Court's October 20, 2025 Order granting Federal Defendants' Motion to Stay, the parties propose the following revised summary judgment schedule with page adjustments:

1. Plaintiff's supplemental summary judgment brief, **limited to 10 pages**, is due **December 5, 2025**.

2. Amicus briefs (if any) in support of Plaintiff are due **December 5, 2025**.

3. Federal Defendants' combined cross-motion and response, **limited to 45 pages**, is due **January 16, 2026**.

4. Amicus briefs (if any) in support of Federal Defendants are due **January 23, 2026**.

5. Plaintiff's combined response and reply brief is due **February 20, 2026**.

6. Federal Defendants' reply brief is due **March 20, 2026**.

The parties agree that all other page limits and deadlines set in the Court's September 26 Scheduling Order (Dkt. No. 9) remain unchanged.

Respectfully submitted,

Dated: November 17, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Reade E. Wilson*
READE E. WILSON
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 598-3546
reade.wilson@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Christophe Courchesne*
CHRISTOPHE COURCHESNE
NH Bar No. 20431
Associate Professor and Director

Environmental Advocacy Clinic
Vermont Law and Graduate School
164 Chelsea Street, PO Box 96
South Royalton, VT 05068
Phone:   (802) 831-1630
Fax:      (802) 831-1631
ccourchesne@vermontlaw.edu

*Counsel for Plaintiff*