UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC., <br><br>     Plaintiff, <br><br>   v. <br><br> UNITED STATES FOREST SERVICE; <br> DEREK IBARGUEN, in his official capacity as Supervisor of the White Mountain National Forest; and JAMES INNES, in his official capacity as the District Ranger for the Saco Ranger District, <br><br>     Federal Defendants. | Case No. 1:25-cv-00237-SE-TSM |

**[PROPOSED] SCHEDULING ORDER**

The Court has considered the parties' joint status report and enters the following Scheduling Order:

1. Plaintiff's supplemental summary judgment brief, **limited to 10 pages**, is due **December 5, 2025**.

2. Amicus briefs (if any) in support of Plaintiff are due **December 5, 2025**.

3. Federal Defendants' combined cross-motion and response, **limited to 45 pages**, is due **January 16, 2026**.

4. Amicus briefs (if any) in support of Federal Defendants are due **January 23, 2026**.

5. Plaintiff's combined response and reply brief is due **February 20, 2026**.

6. Federal Defendants' reply brief is due **March 20, 2026**.

2

**SO ORDERED.**

_____
The Honorable Samantha D. Elliott
United States District Judge