# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

STANDING TREES, INC.,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE;
DEREK IBARGUEN, in his official capacity as
Supervisor of the White Mountain National Forest; and
JAMES INNES, in his official capacity as the District
Ranger for the Saco Ranger District,

    Federal Defendants.

Case No. 1:25-cv-00237-SE-TSM

## SCHEDULING ORDER

The Court has considered the parties' joint status report and enters the following Scheduling Order:

1. Plaintiff's supplemental summary judgment brief, **limited to 10 pages**, is due **December 5, 2025**.

2. Amicus briefs (if any) in support of Plaintiff are due **December 5, 2025**.

3. Federal Defendants' combined cross-motion and response, **limited to 45 pages**, is due **January 16, 2026**.

4. Amicus briefs (if any) in support of Federal Defendants are due **January 23, 2026**.

5. Plaintiff's combined response and reply brief is due **February 20, 2026**.

6. Federal Defendants' reply brief is due **March 20, 2026**.

**SO ORDERED.**

*/s/ SD Elliott*
The Honorable Samantha D. Elliott
United States District Judge