# Exhibit A

Maps of Guinea Hill, Ferncroft, Liberty Harvest Proposals, without any designation of proposed skid trails (AR 6638-41)



# Sandwich Vegetation Management Project

Map 1 Guinea Hill

# USDA Forest Service
U.S. DEPARTMENT OF AGRICULTURE

## Map 2 Ferncroft
### Sandwich Vegetation Management Project



**Harvest Proposals**
- Group Selection
- Single Tree Selection and Groups
- Thinning

**Map Legend**
- Road
- Road Reconstruction
- Snowmobile Trail
- Hiking Trail
- Project Area Boundary

**Locator Map**



Sandwich Project Area — Map 2 Ferncroft

Date: 2/1/2023



Figure 4. Planned vegetation and transportation management actions in the Liberty area (Map 3).