# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

STANDING TREES, INC.,

        Plaintiff,

   v.

UNITED STATES FOREST SERVICE;
DEREK IBARGUEN, in his official capacity as
Supervisor of the White Mountain National Forest; and
JAMES INNES, in his official capacity as the District
Ranger for the Saco Ranger District,

       Federal Defendants.

Case No. 1:25-cv-00237-SE-TSM

## NOTICE OF CORRECTING ADMINISTRATIVE RECORD

Federal Defendants notice the correction of the U.S. Forest Service Administrative Record in the above-captioned case. The Forest Plan glossary was inadvertently omitted from the copy of the Forest Plan in the Administrative Record. The glossary has been added to the Administrative Record at Bates number 0012650 through 0012687. The updated certification, index, and Bates-stamped glossary are attached to this Notice.

Dated:  January 8, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Reade E. Wilson*
READE E. WILSON
Trial Attorney
Natural Resources Section

150 M Street NE
Washington, DC 20002
(202) 598-3546
reade.wilson@usdoj.gov

*Counsel for Federal Defendants*