# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE
# CONCORD DIVISION

| | |
|---|---|
| STANDING TREES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No. 1:25CV00237 <br><br> Judge Samantha D. Elliott |

## DESIGNATION AND CERTIFICATION OF ADMINISTRATIVE RECORD

I, Stacy Lemieux, declare as follows:

1. I am employed by the United States Department of Agriculture, United States Forest Service as the Natural Resources Staff Officer for the White Mountain National Forest. I have been employed in that position since January 2017. I have 34 years of service with the Forest Service, previously serving as a Wildlife Biologist in multiple locations, including on the White Mountain National Forest's Forest Plan revision core team, and most recently as the Forest Planner on the White Mountain National Forest. My current responsibilities include supervising and guiding Forest-level program staff in natural resource programs (forestry, silviculture, soils, wildlife, botany, hydrology, planning, and GIS), leading the Forest's budget team, and being a member of the Forest's leadership team. I also assisted with compiling, organizing, and assembling the pertinent documents for the Sandwich Project, which comprise the administrative record for the above-captioned lawsuit.

2. The Forest Service's Administrative Record for the Sandwich Project will be filed in court on an external hard drive labeled "Sandwich AR 25CV00237" with Bates numbers ranging from 0000001 through 0012687. This drive contains all the record documents in a searchable format to the

extent practical with a hyperlinked index. A separate digital copy of the Administrative Record will also be shared with Plaintiff's counsel.

    3.    The Forest Service recently noted that the Glossary was inadvertently omitted from the Forest Plan in the initial Administrative Record. It is being added as a separate document at this time for completeness.

    4.    I certify that the Forest Service's Administrative Record for Sandwich Project contains the documents directly or indirectly considered by the Forest Service for the associated agency actions in the above-captioned case.

    5.    I further hereby certify to the best of my knowledge the documents identified on the index and contained on the attached drives provide true and accurate copies of the documents that comprise the Administrative Record for the Sandwich Project.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/08/2026

STACY LEMIEUX
Digitally signed by STACY LEMIEUX
Date: 2026.01.08 09:20:16 -05'00'

Stacy Lemieux
United States Forest Service