# White Mountain National Forest

# Abbreviations, Acronyms, and Glossary

SVMP0012650

*White Mountain National Forest — Land and Resource Management Plan*

# Abbreviations and Acronyms

| | | | |
|---|---|---|---|
| AA | Analysis Area | EPA | Environmental Protection Agency |
| ABA | Architectural Barriers Act | ESA | Endangered Species Act |
| ADA | American with Disabilities Act | FEIS | Final Environmental Impact Statement |
| AMC | Appalachian Mountain Club | FDR | Forest Development Road |
| AMS | Analysis of the Management Situation | FPA | Forest Protection Area |
| ANC | Acid Neutralizing Capacity | FR | Forest Road |
| AQRV | Air Quality Related Value | FS | Forest Service |
| ASNH | Audubon Society of NH | FSH | Forest Service Handbook |
| AT | Appalachian National Scenic Trail | FSM | Forest Service Manual |
| ATC | Appalachian Trail Conservancy | FY | Fiscal Year |
| ATV | All Terrain Vehicle | GIS | Geographic Information System |
| BA | Biological Assessment | GPS | Geographic  Positioning System |
| BE | Biological Evaluation | GRFS | Graduated Rate Fee System |
| BMP | Best Management Practice | HMU | Habitat Management Unit |
| CDS | Combined Data System | I&E | Information and Education |
| CE | Conservation Education | IDT | Interdisciplinary Team |
| CE | Cumulative Effects | ITS | Interconnected Trail System |
| CEQ | Council of Environmental Quality | IRS | Internal Revenue Service |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act | LAC | Limits of Acceptable Change |
| | | LAU | Lynx Analysis Unit |
| | | LCAS | Lynx Conservation and Strategy |
| CFR | Code of Federal Regulations | LNT | Leave No Trace |
| cfs | cubic feet per second | LRMP | Land and Resource Management Plan ("Forest Plan") |
| CMAI | Culmination of Mean Annual Increment | | |
| | | LTA | Land Type Association |
| DBH | Diameter at Breast Height | LURC | Land Use Regulatory Commission (Maine) |
| DEIS | Draft Environmental Impact Statement | | |
| | | MA | Management Area |
| DES | Division of Environmental Services (New Hampshire) | MBF | Thousand Board Feet |
| | | MDP | Master Development Plan |
| DIFW | Dept. of Inland Fisheries and Wildlife (Maine) | ME | Maine |
| | | MIS | Management Indicator Species |
| DFC | Desired Future Condition | MMBF | Million Board Feet |
| DOE | Determination of Eligibility | MOU | Memorandum of Understanding |
| DOE | Department of Energy | NAAQS | National Ambient Air Quality Standards |
| DOT | Department of Transportation | | |
| EIS | Environmental Impact Statement | NEPA | National Environmental Policy Act |
| EJ | Environmental Justice | NF | National Forest |
| ELT | Ecological Land Type | NFMA | National Forest Management Act |

SVMP0012651

| | |
|---|---|
| NFS | National Forest System |
| NH | New Hampshire |
| NHFGD | New Hampshire Fish and Game Department |
| NHNHB | New Hampshire Natural Heritage Bureau |
| NNIS | Non-Native Invasive Species |
| NOI | Notice of Intent |
| NRHP | National Register of Historic Places |
| NWI | National Wetlands Inventory |
| OA | Opportunity Area |
| OHRV | Off Highway Recreational Vehicle |
| OHV | Off Highway Vehicle |
| PAOT | People At One Time |
| PILT | Payment in Lieu of Taxes |
| PLT | Project Learning Tree |
| PNV | Present Net Value |
| PNVC | Pinkham Notch Visitor Center |
| PPD | People Per Day |
| PPM | Parts Per Million |
| RARE | Roadless Area Review and Evaluation |
| RD | Ranger District |
| RFSS | Regional Forester Sensitive Species |
| RIM | Recreation Information Management |
| RMC | Randolph Mountain Club |
| RMO | Riparian Management Objectives |
| RN | Roaded Natural |
| RNA | Research Natural Area |
| ROD | Record of Decision |
| ROS | Recreation Opportunity Spectrum |
| RVD | Recreation Visitor Day |
| S&G | Standards and Guidelines |
| SAR | Search and Rescue |
| SCORP | State Comprehensive Outdoor Recreation Plan |
| SHPO | State Historic Preservation Office |
| SI | Suitability Index |
| SMS | Scenery Management System |
| SPM | Semi-primitive Motorized |
| SPNHF | Society for the Protection of New Hampshire Forests |
| SPNM | Semi-primitive Non-motorized |
| SVR | Standard Visual Range |
| SUP | Special Use Permit |
| TEP&S | Threatened, Endangered, Proposed, and Sensitive |
| TES | Threatened, Endangered, and Sensitive |
| TTD | Telecommunication Device for the Deaf |
| TTY | Teletype |
| USDA | United States Department of Agriculture |
| USDI | United States Department of Interior |
| USFS | United States Forest Service |
| USFWS | USDI Fish and Wildlife Service |
| USNPS | USDI National Park Service |
| VIS | Visitor Information Services |
| VMS | Visual Management System |
| VQO | Visual Quality Objective |
| WFU | Wildland Fire Use |
| WMNF | White Mountain National Forest |
| WSR | Wild and Scenic River |

SVMP0012652

# Glossary

**4x4 Off Highway Vehicle:** Street registered motorized 4-wheel drive vehicles that are specifically designed or adapted for off road use. See Off Highway Recreational Vehicle.

**Active Raptor Nest Area:** If a raptor nest is being used (if it is breeding season at the time of determination) or was used in the previous breeding season (if it is outside the breeding season), the nest is considered active and the area immediately surrounding the nest is considered the active raptor nest area. The size of this area varies by species, topography, etc.

**ADAABAAG** (Americans with Disabilities Act Architectural Barriers Act Accessibility Guidelines): The combined ruling of the ADA and ABA guidelines require that persons with disabilities, soley because of their disability, not be denied access to the programs provided to all other people by Federal, State and local government, public accommodations, public transportation and commercial establishments. This ruling will apply to all Forest Service administrative facilities, and other offices or places of business that reside on Forest Service land, such as federally assisted areas under special use permit.

**Administratively available**: National Forest Lands are available for commercial leasing activity during this planning cycle unless they are unavailable due to designation as Wilderness, Wild and Scenic River, in developed recreation areas, or because the disturbance associated with mineral developmental activities would be in conflict with the purpose(s) for which the lands were acquired.

**Age Class:** A distinct aggregation of trees originating from a single natural disturbance or regeneration cutting

**All Terrain Vehicle (ATV):** Any motor-driven vehicle which is designed for travel over surfaces (such as bare ground, ice, or snow) other than maintained roads with tires designed to hold not more than 10 psi of air pressure, having a capacity for passengers and other payloads not exceeding 1,000 pounds, and not to exceed 50 inches in width. See also Off Highway Recreational Vehicle.

**Allowable Sale Quantity (ASQ):** The quantity of timber that may be sold from the area of suitable land covered by the Forest Plan for a time period specified by the Plan. This quantity is usually expressed on an annual basis as the "average annual allowable sale quantity."

**Alpine Zone:** High elevation areas in which trees are naturally absent or stunted at less than eight feet tall. Alpine areas usually contain mosaics of low shrubs, grasses, sedges, and other vegetation growing over and among bedrock, talus and gravel (Sperduto and Cogbill 1999).

**Americans with Disabilities Act (ADA):** Law requiring that persons with disabilities not be denied access to the programs provided to all other people by State and local government, public accommodations, public transportation, and commercial establishments, solely because of their disability. The ADA does not apply to the programs and facilities of Federal agencies (see ABA) with the exception of designated Wilderness (ADA Title V Section 507(c)).

**Aquatic Ecosystem:** The stream channel, lake, or estuary bed, water biotic communities, and the habitat features that occur therein.

SVMP0012653

**Architectural Barriers Act (ABA):** The 1968 legislation that requires all facilities constructed, rented, leased or purchased by a Federal agency to be accessible. The UFAS (Uniform Federal Accessibility Standards) covers construction standards for Federal and Federally-assisted facilities. The Forest Service has directed that the agency and its federally-assisted programs, in all new construction or retrofit, to adhere to either UFAS or the Americans with Disabilities Act Accessibility Guidelines (ADAAG), whichever is the higher standard. Reform of both the facility accessibility standards under the ABA and the ADA is underway and will ultimately combine both guidelines under one rule.

**Aspen-birch habitat:** Forest habitat in which the canopy is comprised almost entirely of aspen species or paper birch. For implementation purposes, this habitat includes forest types 91-95 in our database, but stand conditions, not typing in CDS should be relied on to define habitat.

**ATV Racers:** ATV riders participating in competitive events, long distances, challenge courses, and sprints. In general they do not use trails and the riding challenge is more important than the natural setting.

**Backcountry:** The natural and near-primitive forest setting of areas, accessible by trail or off-trail travel.

**Backcountry Facility:** A relatively small, distinctly defined location in the backcountry where concentrated public use occurs and facilities are provided. These include huts, cabins, shelters, or tent platform sites. Backcountry facilities generally have no motorized access, except if located along a snowmobile trail, or where motorized administrative use is allowed. Backcountry facilities are not considered developed recreation areas. See also huts, cabins, shelters, and tent platform sites.

**Basal Area:** The area of the cross section of a tree at 4-1/2 feet above the ground. Generally expressed as total basal area per acre.

**Base Cation:** A positively charged ion, such as Ca++, that occurs soil exchange sites or in soil solution.

**Base Sale Schedule:** A timber sale schedule formulated on the basis that the quantity of timber planned for sale and harvest for any future decade is equal to or greater than the planned sale and harvest for the preceding decade; and this planned sale and harvest for any decade is not greater than the Long Term Sustained Yield Capacity.

**Batholith:** A large mass of coarse grained igneous rock that has cooled from magma underground with an exposed surface of at least 40 square miles.

**Bed Load:** The sediment that generally remains in contact with the stream by sliding, rolling, or saltation (hopping) on the stream bottom.

**Benchmark:** A set of estimates used to establish standards to compare alternatives considered in detail. Benchmark alternatives include the minimum level, maximum resource levels, and maximum present net value levels.

**Bicknell's Thrush Suitable Habitat:** Dense softwood stands generally above 2,800 feet elevation. Habitat models based on elevation and latitude, such as those developed by the Vermont Institute of Natural Science, should be used to fine-tune

SVMP0012654

local areas of suitable habitat. It is expected that the definition of suitable habitat may change over time as new science leads to better understanding of specific habitat requirements.

**Biogeochemical:** The cycling of nutrients through the biological and chemical processes in forests or other ecosystems.

**Biological Diversity:** The sum of all natural communities, ecological processes, and species.

SVMP0012655

*White Mountain National Forest — Land and Resource Management Plan*

**Biological Growth Potential:** The average net growth attainable in a fully stocked area of forest land.

**Biomass:** The weight of a forest, usually expressed in kilograms per hectare.

**Board Foot:** A measure of lumber volume in a tree. The cubic equivalent of a piece of lumber that is 12 inches wide, 12 inches long and 1 inch thick. Often used variations are MBF (thousand board feet) and MMBF (million board feet).

**Boltwood:** Small hardwood material processed in 4 foot or longer lengths.

**Bouldering (Climbing):** A climbing discipline usually involving ropeless free ascents or traverses of small formations or boulders.

**Buffering:** The process whereby the pH of a solution does not change much as moderate quantities of an acid or base are added.

**Cabin:** A type of backcountry facility (see photo).



*Jim Liberty Cabin, Mt. Chocorua, 1950s. (WMNF Photo)*

**Cached Equipment:** Personal equipment, property, or supplies left or stored on National Forest land.

**Calcareous Cliff Communities:** see "Montane Circumneutral Cliff Community."

**Capability:** The potential of an area of land to produce resources, supply goods and services, and allow resource uses under an assumed set of management practices and at a given level of management intensity. Capability depends upon current conditions and site conditions such as climate, slope, landform, soils, and geology, as well as the application of management practices, such as silviculture or protection from fire, insects, and disease.

**Class I (Area, Airshed, Wilderness):** Geographic areas designated under the Clean Air Act Amendments of 1977 are afforded the highest level of protection from air pollutants in the nation. These lands consist of national Wildernesses (Forest Service), parks (National Park Service), and wildlife refuges (U.S. Fish & Wildlife Service) in existence at the time the amendment was passed. All other lands in the nation are Class II.

**Clearcutting:** The removal in a single cut of the entire standing crop of trees. It prepares the area for rapid seed germination and growth of a new even-aged stand. A variation of clearcutting, known as "clearcutting with reserves," may be conducted. This practice involves retaining reserve trees or groups of reserve trees to attain resource goals other than regeneration.

**Commercial Forest Land (CFL):** Forest land that has not been withdrawn by Congress, the Secretary, or the Chief and is producing or is capable of producing crops of industrial

SVMP0012656

wood without irreversible damage to soils, productivity, or watershed conditions, and with reasonable assurance that adequate restocking can be attained within 5 years after final harvesting.

**Commercial Operations:** Using timber sales for cost effective vegetation management on lands that are not part of the timber base.

**Commercial Thinning:** Thinning operation where the material cut can be sold on the market as opposed to a pre-commercial thinning.

**Commercial Use (Special Uses):** Any use or activity on National Forest System lands (a) where an entry or participation fee is charged, or (b) where the primary purpose is the sale of a good or service, and in either case, regardless of whether the use or activity is intended to produce a profit (36 CFR 251.51).

**Common Variety Minerals:** These include sand, stone, gravel, pumicite, cinders, pumice (except that occurring in pieces over 2 inches on a side), clay, and petrified wood. Generally, these materials are sand and gravel and other common variety building materials. Mineral Material Disposal regulations are found in 43 CFR 3600. On acquired lands, the Federal surface management agency has jurisdiction over the disposal of common variety materials.

**Communication Site, Designated:** See Designated Communication Site.

**Communication Use Permits/Authorizations:** Authorizations issued for an individual use, resource monitoring, or other minor communication uses.  Typically, they are issued for communications that are ancillary to the primary authorized use. For example, the use of equipment that allows ski patrol members to communicate through a radio system on an alpine ski area. Communication use authorizations may not be issued for equipment installed for consumer use. For example, cell towers for companies who are leasing space to cell company providers. This latter type of use must occur through a designated communication site.

**Compartment:** A small subdivision of forest area for the purpose of orientation, administration, and silvicultural operations. It is defined by permanent boundary features.

**Conservation Education:** A process designed to inspire citizens to develop the awareness, concern, knowledge, attitude, skills, motivation, and commitment to understand the natural world, resolve environmental concerns, and to practice good stewardship of the land.

**Cord:** A unit of gross volume measurement for stacked, round wood based on external dimensions, generally implies a stack of wood 4'x4'x8' containing 128 cubic feet.

**Corridor:** A linear strip of land identified for the present or future location of transportation or utility rights-of-way within its boundaries.

**Corridor Snowmobile Trails:** Those trails designated and numbered by the New Hampshire BOHRV and the New Hampshire Snowmobile Association Trails committees.

**Cost Efficiency:** The usefulness of specified inputs (costs) to produce specified outputs (benefits). In measuring cost efficiency, some outputs, including environmental, economic, or social impacts, are not assigned monetary values but are achieved at specified levels in the least cost manner. Cost efficiency is usually

measured using present net value, although use of benefit-cost ratios and rates-of-return may be appropriate.

**Cross-country Travel:** Any travel between designated trails. It is sometimes referred to as off-trail use or bushwhacking.

**Crown:** The part of a tree or woody plant bearing live branches and foliage.

**Culmination of Mean Annual Increment (CMAI):** The point where the total growth increment divided by age is at its maximum.

**Day Use Area:** Developed recreation sites along roads such as picnic areas, swimming areas, boat ramps, and overlooks.

**DBH (Diameter Breast Height):** Diameter measurement of a tree at 4-1/2 feet above the ground. Used to determine tree volume.

**Debris Flow:** A mass movement involving rapid flowage of debris of various kinds under various conditions; specifically, a high density mudflow containing abundant coarse-grained materials and resulting almost invariably from an unusual heavy rain.

**Denning Habitat (Lynx):** Habitat used during parturition and rearing of young until they are mobile. The common component appears to be large amounts of coarse woody debris, either down logs or root wads. Coarse woody debris provides escape and thermal cover for kittens. Denning habitat may be found either in older mature forest of conifer or mixed conifer/deciduous types, or in regenerating stands (>20 years since disturbance). Denning habitat must be located within daily travel distance of foraging habitat (typical maximum daily distance for females is 3-6 miles).

**Designated Communication Site (Special Uses):** An area of National Forest System land designated through the forest planning process. It may be limited to a single communications facility but most often includes more than one. A designated communication site provides the leaseholder more flexibility to manage other communication facilities on the site.

**Developed Camping:** Camping at sites adjacent to or accessible by roads and including some level of amenities, for example, Dolly Copp, Jigger Johnson, Wild River campgrounds or identified roadside sites such as along the Gale River Road.

**Dirt/Trail Bike:** Any motor-driven wheeled vehicle on which there is a saddle or seat for the operator or passenger or both and which is designed or adapted for travel over surfaces other than maintained roads, including bare ground, ice, or snow. See also Off Highway Recreational Vehicle.

**Dispersed Campsite Inventory:** A compilation of the several backcountry dispersed site inventories (AMC and WMNF) as well as the several phases of the Forest backcountry dispersed site inventories.

**Dispersed Campsites:** Backcountry sites, generally without facilities, and often user-developed, used for overnight camping.

**Diurnal Security Habitat (Lynx):** In lynx habitat, areas that provide secure winter daytime bedding sites for lynx in highly disturbed landscapes, e.g., large developed winter recreational sites or areas of concentrated winter recreational use. Security habitat will provide lynx the ability to retreat from human disturbance during winter daytime hours, emerging at dusk to hunt when most human

SVMP0012658

activity ceases. Security habitats will generally be sites that naturally discourage winter human activity because of extensive forest floor structure, or stand conditions that otherwise make human access difficult, and should be protected to the degree necessary. Security habitats are likely to be most effective if they are sufficiently large to provide effective visual and acoustic insulation from winter human activity and to easily allow movement away from infrequent human intrusion. These winter habitats must be distributed such that they are in proximity to foraging habitat.

**Draft Proposed FSORAG** (Forest Service Outdoor Recreation Accessibility Guidelines as revised): Applies to newly constructed and altered camping facilities, picnic areas, and beach access and outdoor recreation access routes and other constructed features including benches, trash/recycling containers, viewing areas at overlooks, telescopes and periscopes, mobility device storage, pit toilets, warming huts, and outdoor rinsing showers.

**Draft Proposed FSTAG** (Forest Service Trail Accessibility Guidelines as revised): Applies to all levels of difficulty and settings, recognizes and preserves the uniqueness of each recreation area, through the use of exceptions and deviations, when application of the accessibility standards will cause a change in the area's setting. Compliance with the FSTAG and FSORAG will not always result in facilities that will be accessible to all persons with disabilities because they recognize that at some locations the natural environment or historic features will prevent full compliance with certain technical provisions.

**Early-successional Forest Habitat:** Forest habitat that is comprised primarily of tree species that require an open canopy and high levels of light and that typically colonize an area after stand-replacing disturbance (e.g. aspen-birch forest).

**Early Successional Species:** Those plant or animal species characteristic of early forest successional stages.

**Ecological Land Type (ELT):** An area of land 100s to low 1,000s of acres in size with a well-known succession of forest species on unique soil materials. Ecological Land Type classification is based on geomorphic history, nature of soil substrata, and potential natural vegetation.

**Ecological Potential:** The highest ecological status an area can attain, given no political, social, or economic constraints.

**Ephemeral stream:** A watercourse or portion of stream which flows briefly in direct response to precipitation or snowmelt in the immediate area.

**Equal Access:** Defined by the Forest Service (FSH 1709.11, R9 Supplement 1709.11-2000-1) as providing Forest Service opportunities in which all people can participate in the most independent and integrated way possible, which does not fundamentally alter the program, and is in accordance with the Forest Land and Resource Management Plans and Wilderness Management Plans.

**Even-Aged Harvest:** See Even-Aged Management.

**Even-Aged Management:** A timber management system that results in the creation of stands in which trees of essentially the same age grow together. Cutting methods producing even-aged stands are clear cut, shelterwood, or seed tree.

**Even-Aged Regeneration Harvest:** Cutting method that produces even-aged stands; clearcut, shelterwood, or seed tree.

**Existing and Designated Uses:** Existing uses refers to uses, other than assimilation or waste disposal, which occur in a surface water. Designated uses are those uses specified in water quality standards for each surface water or segment, whether or not such uses are presently occurring. Examples include fisheries, drinking water, and recreational uses such as swimming.

**Exploration (Minerals):** Establishing the location, size, grade, or reserves of a mineral or energy resource by gathering direct evidence of the resource. Direct data gathering techniques may include drilling holes, digging pits, and driving adits and drifts to sample, or test, a known suspected zone of interest.

**Fixed Protection (Climbing):** In climbing, permanent or semi-permanent installations placed to protect a leader or provide an anchor. Common examples of fixed protection include 3/8″ stainless steel masonry bolts with hangers, pitons (which are metal pins with eye holes that are hammered into cracks in the cliff face), and nylon webbing tied around trees or looped around blocks. The first ascent party usually places fixed protection. It is considered unethical for subsequent parties to add or remove fixed protection placed on the first ascent.

**Foot Travel:** Non-motorized travel, which includes the use of devices meeting the definition of a wheelchair. There are numerous gates that close Forest roads to unauthorized motor vehicles that currently bear signs stating "foot travel is welcome" on that road. This does not preclude use by those with a device which meets the wheelchair definition, including a motorized wheelchair.

**Foraging Habitat (Lynx):** Habitat that supports primary prey (snowshoe hare) and/or important alternate prey (especially red squirrels) which are available to lynx. The highest quality snowshoe hare habitats are those that support a high density of young trees or shrubs, tall enough to protrude above the snow. These conditions may occur in early successional stands following some type of disturbance, or in older forests with a substantial understory of shrubs and young conifer trees. Coarse woody debris, especially in early successional stages provides important cover for snowshoe hares and other prey. Red squirrel densities tend to be highest in mature cone-bearing forests with substantial quantities of coarse woody debris.

**Forest Land:** Land that is at least 10 percent occupied by forest trees of any size or formerly having had such tree cover and not currently developed for non-forest use.

**Forest Productivity:** The amount of living biomass (weight of above ground wood) present on an acre of forest land when measured at different time intervals, e.g., every five years. This is also known as net productivity.

**Forest Protection Area (FPA):** Potentially overused or fragile areas of the Forest where use restrictions are applied. The specific areas classified as FPAs are established by Forest Supervisor's Orders and will vary from year-to-year as new areas of concern are identified or problems are corrected. Restrictions may include

SVMP0012660

limits on camping, use of wood or charcoal fires, and limits on party size. FPAs were called Restricted Use Areas (RUAs) in the 1986 Forest Plan.

**Forest Supervisor's Orders:** Forest Supervisors may issue orders that will close or restrict activities or the use of certain areas if the need arises. Such orders may be posted so that visitors to the National Forest can reasonably be expected to be familiar with them. Copies of the orders will be available in the offices of Forest Supervisors and District Rangers.

**Forest Trail System:** Trails identified in the White Mountain National Forest infrastructure database.

**Forest Transportation Facility:** A classified road, designated trail, or designated airfield, including bridges, culverts, parking lots, log transfer facilities, safety devices and other transportation network appurtenances under Forest Service jurisdiction that is wholly or partially within or adjacent to National Forest System lands (36 CFR 212.1).

**Forest Transportation System Management:** The planning, inventory, analysis, classification, record keeping, scheduling, construction, reconstruction, maintenance, decommissioning, and other operations undertaken to achieve environmentally sound, safe, cost-effective, access for use, protection, administration, and management of National Forest System lands.

**Frontcountry:** Day use areas such as picnic areas, swimming areas, boat ramps, and overlooks. Also trails where shorter day hikes are common.

**FSORAG:** See Draft Proposed FSORAG.

**FSTAG:** See Draft Proposed FSTAG.

**Geocaching:** A sport where individuals and organizations set up caches using Geographic Positioning System (GPS) coordinates and shares the locations of these caches on the Internet. GPS users can then use the location coordinates to find the caches. Geocachers are expected to leave something for the cache.

**Geocaching, Multi-Caches:** The first cache gives coordinates (or partial coordinates) to the next location, or multiple caches have hints to the final cache.

**Geocaching, Offset Cache:** The published coordinates are for an existing historical monument, plaque, or benchmark with offset numbers stamped or written in or on some part of the marker site. Geocachers use the offset numbers or other instructions to continue the search.

**Geocaching, Virtual Cache:** The cache is actually an existing landmark, such as a tombstone or statue. Answering a question about the landmark proves the geocacher was there.

**Glade Skiing (Alpine Skiing):** An area where up to 1/3 of the trees are removed to enable skiing within a designated area. See also Use Cycle Approach.

**Goals:** Broad statements that describe conditions the Forest will strive to achieve through implementation of the Forest Plan. They are generally timeless and not measurable, and their achievement is not required. Goals should be considered when planning projects and activities, and management should move the Forest toward these desired goals.

**Goods and Services:** The various outputs, including on-site uses, produced from forest and rangeland resources.

**Group Selection:** The uneven-aged-cutting method that describes the silvicultural system in which trees are removed periodically in small groups, resulting in openings that do not exceed an acre or two in size. This leads to the formation of an uneven-aged stand, in the form of a mosaic of age class groups in the same stand. It may be applied in combination with single-tree selection.

**Guide/Guiding (Special Uses):** Providing services or assistance (such as supervision, protection, education, training, packing, touring, subsistence, interpretation, or other assistance to individuals or groups in their pursuit of a natural resource based outdoor activity) for pecuniary remuneration (monetary reward) or other gain. The term "guide" includes the permit holder's employees, agents, and instructors (WO Amendment 2709.11-95-11, 41.53c).

**Guidelines:** A required course of action or level of attainment. It is intended to move the Forest toward desired conditions in a way that permits operational flexibility to respond to variations in conditions. Guidelines can be modified or not implemented if site-specific conditions warrant a deviation. The rationale for deviating from a guideline must be documented in a project-level analysis and signed decision.

**Habitat Connectivity (Lynx):** Vegetative cover in sufficient quantity and arrangement to allow for the movement of lynx. Lynx tend to use ridges, saddles, and riparian corridors to move between larger areas of suitable habitat.

**Habitat Management Unit (HMU):** A block of Forest land in which habitat composition and age class objectives will be established to help ensure that habitats are well-distributed across the Forest and provide a framework for analyzing project impacts to wildlife habitat at a local scale. Blocks vary in size from about 6,000-49,000 acres, and contain a variety of habitat types and land in a mix of Management Areas.

**Heritage Property:** Any prehistoric or historic district, site, building, structure, or object included in, or eligible for inclusion in the National Register of Historic Places. The term includes artifacts, records, and remains that are related to and located within such properties.

**Highway:** A road that is at least 2 lanes wide, paved with asphalt or concrete. Average daily traffic may exceed 5,000 vehicles and speeds are 45 MPH or greater.

**"hikeSafe":** A joint initiative between the White Mountain National Forest and NH Fish and Game Department to promote responsible and safe hiking practices. hikeSafe uses the Hiker Responsibility Code to encourage hikers to take personal responsibility and be prepared for their hike. A long-term goal of hikeSafe is to reduce the need for search and rescue services.

**Hut (Appalachian Mountain Club):** A type of backcountry facility (see photo)

*AMC's Greenleaf Hut near Franconia Ridge. (WMNF Photo)*



SVMP0012662

**Hydrologic Modification:** For the purposes of watershed analysis reports, hydrologic modification refers to changes to a watersheds hydrologic response that are caused by roads and dams.

**Hydrologic Unit:** An area of land above or upstream from a specific point on a stream (designated as the watershed mouth or outlet), which is defined by a hydrologic boundary that includes all of the source area that could contribute surface water runoff directly and indirectly to the designated outlet point. A hydrologic unit may also contain associated surface areas such as unconsolidated, noncontributing, and trans-basin diverted areas. (From Interagency Guideline on Delineation of Watershed and Subwatershed Hydrologic Unit Boundaries, USGS.)

**Ice Climbing:** The activity of climbing up frozen water flows using crampons and one or two ice axes. The rope systems used are the same as for rock climbing, however, the type of protection most commonly used is different. Most ice protection is in the form of an ice screw wound into the ice by the leader and remove by the second, following climber. Rock protection is also used when available and the use of fixed protection, usually in the form of pitons, is common.

**Inconsistencies with Recreational Opportunity Spectrum:** See Recreational Opportunity Spectrum.

**IMPLAN®:** An economic impact assessment modeling system. IMPLAN allows the user to easily build economic models to estimate the impacts of economic changes in their states, counties, or communities

**Incidental Timber Harvest:** Refers to quantities of timber harvested in relatively minor amounts for reasons other than general vegetation management activities.

**Incidental Trail:** A non-constructed path, created incidentally by the passage of visitors, which is discernible and not likely to recover naturally within one year. Incidental trails are not part of the Forest Trail System and are not maintained by the Forest, nor are they authorized for maintenance by cooperator groups or Forest visitors.

**INFRA:** Short for Infrastructure, an integrated data management tool where Forests can enter, manage, and report information and associated financial data on the inventory of their constructed features such as buildings, dams, bridges, water systems, roads, trails, developed recreation sites, administrative sites, heritage sites, general forest areas, and Wilderness.

**Integrated Pest Management:** A process for selecting strategies to regulate forest pests in which all aspects of a pest-host system are studied and weighed. The information considered in selecting appropriate strategies includes the impact of the unregulated pest population on various resources values, alternative regulatory tactics and strategies, and benefit/cost estimates for these alternative strategies. Regulatory strategies are based on sound silvicultural practices and ecology of the pest-host system and may consist of a combination of tactics such as timber stand improvement plus selective use of pesticides. A basic principle in the choice of strategy is that it be ecologically compatible or acceptable.

**Interconnected Snowmobile Trail System (ITS):** Snowmobile corridor trails in Maine.

**Intermediate Cutting:** Any removal of trees from a stand between the time of its formation and the regeneration cut. Most commonly applied intermediate cuttings are release, thinning, improvement, and salvage.

**Intermittent Stream:** A watercourse that only flows at certain times of the year, when it receives water from some surface source (rainfall or snowmelt) or from the intermittent spring, and ceases to flow during other periods of the year.

**Interpretation:** Communication and education that forges emotional and intellectual connections between the interests of the audience and the inherent meanings in the resource.

**Interrupted Snowmobile Use Trail:** A trail that may be temporarily closed due to other management actions, usually timber sale operations.

**Invasive Species:** A species that is 1) non-native (or alien) to the ecosystem under consideration, and 2) whose introduction causes, or is likely to cause, economic or environmental harm or harm to human health (Ex. Order 13112, Appendix 1).

**Invasive Species, Approaches:**

> **Contain:** Prevent the spread of the invasive species beyond the perimeter of patches or infestation areas established. Tolerate invasive species within established infestation areas, but suppress or eradicate outside those areas.

> **Eradicate:** Totally eliminate an invasive species from the Forest or location. Eradication methods may include the following, either individually or in combination:

> **Suppress:** Prevent reproduction throughout the target area and reduce the area coverage of the invasive species. Prevent the invasive species from dominating the area but accept low levels.

**Invasive Species, Methods of Control:**

> **Biological:** The deliberate introduction and establishment of natural enemies to reduce the target species' competitive or reproductive capacities. Includes but is not limited to insects and pathogens such as fungi. The purpose is not eradication, but to reduce densities and rate of spread to an acceptable level.

> **Chemical:** Direct and broadcast application of approved herbicides, following EPA label requirements, USDA policy, and Forest Service policy and direction (e.g. FSM 2150 Pesticide-Use Management and Coordination; FSH 2109.11 Pesticide Project handbook; FSH 2109.12 Pesticide Storage, Transportation, Spills, and Disposal Handbook; and FSH 2109.13 Pesticide Project Personnel Handbook).

> **Cultural/Land Use:** Practices that discourage initial infestation of invasive species. Includes but is not limited to seeding, planting and retaining brush and tree canopy cover, and minimizing the extent and duration of exposed soil during management actions.

> **Physical/Mechanical:** Hand or mechanical labor to physically remove all or any part of the plant. Includes but is not limited to hand digging, mowing, tilling, and burning.

SVMP0012664

**Key Linkage Area (Lynx):** Critical areas of lynx habitat to allow movement between areas of suitable habitat. Usually, the factors placing connectivity at risk are highways or private land developments.

**Knutson-Vandenberg Act (KV):** Federal law (16 USC 576) authorizing the U.S. Forest Service to collect money from a timber sale for resource enhancement, including seeding, planting, and cutting or removing undesirable growth on national forest lands determined to be in need of reforestation.

**Land Capability:** Inclination of an area to grow a particular broad community (i.e. hardwoods, spruce-fir), due to soil, climate, and geology, if management were not applied. In many places on the Forest, the current community is different from land capability (as indicated by the Ecological Landtype) for the same area because past management altered the vegetation on the site. Given enough time without additional management, the vegetation will revert to the community indicated by land capability.

**Land Type Association (LTA):** A broad ecological classification reflecting general differences in geomorphic processes, forest composition, and landscape position. Each of the LTAs on the WMNF (Valley, Upper Mountain, Mountain and Valley) is comprised of a unique set of Ecological Land Types.

**Lead Climbing (Climbing):** The process of climbing a feature from the ground up, using rope and fixed or removable protection to provide some margin of safety for the lead climber. The lead climber attaches the rope to each protection point with a carabiner (an aluminum snap link) as he or she ascends. The leader must then climb above that protection until another protection point is reached. After reaching the top of the climb or the end of a rope length (standard of 50 meters, about 165 feet, but increasing numbers are using 60 meter ropes, about 200 feet), the leader anchors him/herself and belays the second climber (formerly the belayer) up the route. The second removes any clean protection the leader placed along the way. Since the leader must constantly climb above protection, the potential exists for falls (sometimes long falls) to take place if the climber fails to hold on. Thus the risk of injury in lead climbing is greater than with top roping.

**Leasable Minerals:** These include coal, oil, gas, phosphate, sodium, potassium, oil shale, and geothermal steam (FSM 2811.2). The leasable solid minerals (other than coal) are generally minerals that are found in bedded deposits, which means that they lie in seams or beds which have lateral extent. The main types of leasable minerals are: chlorides, sulfates, carbonates, borates, silicates, and nitrates of potassium (potash) or sodium and related products; sulfur; phosphate and its associated and related minerals; asphalt; and gilsonite. These minerals are leasable on both public domain and acquired lands. If deposits are known to exist and to be economically workable, leases are sold competitively. If deposits are not known, a prospecting permit can be obtained on a first-come, first-served basis, which allows the permittee to explore for the mineral. If the mineral is then found in commercial quantities, a preference right lease can be issued to the permittee. Royalties must be paid on all producing leases. The regulations governing these minerals are found in the 43 CFR 3500 regulations.

SVMP0012665

*White Mountain National Forest — Land and Resource Management Plan*

**Lease:** A type of special use authorization that is used when substantial capital investment is required and when conveyance of a conditional and transferable interest in National Forest lands is necessary or desirable to serve or facilitate authorized long-term uses. A lease may be revoked with due process and may be transferred or assigned according to its terms.

**Leave No Trace:** A program supported by the nonprofit Leave No Trace Center for Outdoor Ethics in partnership with public and private land managers to promote and inspire responsible outdoor recreation through education and research. Four Federal land management agencies, including the USDA Forest Service, actively promote the Leave No Trace principles of responsible, low-impact use to build awareness, appreciation, and respect for our wildlands.

**Locatable Minerals:** In general, the locatable minerals are those hardrock minerals which are mined and processed for the recovery of metals. They also may include certain nonmetallic minerals and uncommon varieties of mineral material, such valuable and distinctive deposits of limestone or silica. Locatable minerals may include any solid, natural inorganic substance occurring in the crust of the earth, except for the common varieties of mineral materials and leasable minerals. Hardrock (Locatable) Minerals are typically metals that have a unique or special use. Examples include, but are not limited to copper, lead, zinc, magnesium, nickel, tungsten, gold, silver, bentonite, uranium, barite, feldspar, and fluorspar. In terms of use authorization, hardrock minerals are leasable on U.S. Forest Service (USFS) acquired lands and locatable on public domain lands. A claim can be staked for locatable minerals. There is no legal access to hardrock minerals on non-USFS-acquired lands. On USFS acquired lands, if deposits are known to exist and to be economically workable, leases are sold competitively. If deposits are not known, a prospecting permit can be obtained on a first-come, first-served basis, which allows the permittee to explore for the mineral. If the mineral is then found in commercial quantities, a preference right lease can be issued to the permittee. Royalties must be paid on all producing leases. The regulations governing these minerals are found in 43 CFR 3500.

**Long-Term Sustained Yield Capacity (LTS):** The highest uniform wood yield from lands being managed for timber production that may be achieved and sustained under a specified intensity of management consistent with multiple use objectives.

**Lynx Analysis Unit (LAU):** A project analysis unit upon which direct, indirect, and cumulative effects analyses are performed. LAU boundaries should remain constant to facilitate planning and allow effective monitoring of habitat changes over time. An area of at least the size used by an individual lynx, about 25-50 square miles.

**Lynx Habitat:** Lynx habitat in the Northeast includes coniferous and mixed coniferous/deciduous vegetation types dominated by spruce, balsam fir, pine, northern white cedar, hemlock, aspen, and paper birch. It includes consideration of both foraging habitat and denning habitat. Lynx habitat may be categorized as suitable or unsuitable. Suitable habitat is the condition in which vegetation is of the appropriate type and age class to support foraging habitat, denning habitat,

SVMP0012666

or both. Unsuitable lynx habitat is generally of an appropriate forest type, but is not of the appropriate age class to be considered usable for lynx foraging or denning. On the White Mountain National Forest, habitat is also categorized as unsuitable if it is encompassed within an Ecological Land Type that supports softwoods as the climax forest type. These stands typically have suitable softwood understories, but are overtopped by hardwoods or paper birch overstories. Because the stand database uses overstory forest type to categorize stands, these stands would not be selected as suitable lynx habitat in a query, but they generally provide suitable habitat conditions for snowshoe hare. They are considered unsuitable for the overall Forest mapping exercise until specific site reviews verify that the understory in a particular stand is of sufficient density to support snowshoe hare.

**Lynx, Authorized Winter Route/Use Area:** Any other route/area, not identified above, that is specified in an outfitter/guide permit or special use permit, for over the snow recreation purposes or other such activities. This item does not include alpine ski areas or identified "core areas" within Nordic ski areas, nor does it apply to access to private land.

**Lynx, Designated Winter Route:** Routes or trails (linear travel corridors) that are identified by signing, trail markers of any kind, or are shown on maps, brochures, recreation opportunity guides, or electronic media produced or approved by the Forest Service. Routes not specifically designated for winter use, but that may be used during the winter (e.g. hiking trails) are not considered a designated winter route.

**Lynx, Groomed Winter Route:** A route or trail, usually intended for snowmobile, dog sled, snowcat, or cross-country skiing, on which the snow surface is packed or leveled, with or without set tracks, usually by means of equipment towed behind a snowmobile or snowcat. Most such routes or trails are maintained through agreements with snowmobile clubs, permit holders, event holders, and others for varying periods of time during the winter months.

**Management Area (MA):** The grouping of land areas allocated to similar management goals such as Management Area 6.2 that puts emphasis on a non motorized dispersed recreation management goal.

**Management Concern:** An issue, problem, or a condition which constrains the range of management practices identified by the Forest Service in the planning process.

**Management Direction:** A statement of multiple-use and other goals and objectives, the associated management prescriptions, and standards and guidelines for attaining them.

**Management Intensity:** A management practice or combination of management practices and associated costs designed to obtain different levels of goods and services.

**Management Practice:** A specific activity, measure, course of action, or treatment.

**Management Prescription:** Management practices and intensity selected and scheduled for application on a specific area to attain multiple-use and other goals and objectives.

**Mature Forest Habitat:** Stands in which the overstory is in the mature age class. Mature forest habitat is typically made up of trees that are eight inches or more in diameter. Mortality is just beginning in these stands, resulting in a few scattered canopy gaps and a small number of snags and cavities in the overstory. Most snags and down logs are small in diameter and within the intermediate or understory layers. Depending on site conditions, thinning and uneven-aged harvest methods can be used in this habitat without negatively impacting habitat quality. Some uneven-aged harvest may enhance vegetative and structural diversity.

**MBF (Thousand Board Feet):** A measure of one thousand board feet of wood fiber volume either in log form or after conversion into lumber.

**MCF (Thousand Cubic Feet):** A measure of one thousand cubic feet of wood volume.

**Mean Annual Increment of Growth (MAI):** the total increase in girth, diameter, basal area, height or volume of individual trees or a stand up to a given age, divided by that given age.

**Mineral Weathering:** The slow release of elements from mineral soil, pebbles, stones and boulders over time that contribute to forest soil nutrition.

**Minimum Flow Requirements:** The lowest discharge permissible in a river or stream, after withdrawals, below which no removal of water is allowed.

**Minimum Tool Concept:** A two-step decision making process used to determine the least intrusive method of accomplishing a proposed action in Wilderness. The first decision determines if the proposed action is needed and necessary in Wilderness. If it is considered necessary, the second step leads to selection of the management action (or method) which will have the least amount of biophysical and experiential impact on Wilderness. Cost and convenience are not deciding factors in determining the minimum requirement.

**Mixed Climbing (Climbing):** A combination of ice and rock climbing. A typical mixed route requires the climber to use crampons and ice axes on rock edges and flakes to climb up to or past a section of ice.

**Mixedwood Forest Habitat:** Also referred to as hardwood-softwood forest habitat. Forest habitat in which the canopy is comprised of a mix of northern hardwoods and hemlock, pine, spruce, or fir. Typically this is a northern hardwood stand with at least 25% made up of softwood species. For implementation purposes, this habitat is usually typed as forest type 87 in the CDS database, but stand conditions, not typing in CDS should be relied on to define habitat.

**MMBF (Million Board Feet):** A measure of one million board feet of wood fiber volume either in log form or after conversion into lumber.

**Mobility Device:** See Wheelchair.

**Mobilize:** An ion dissolved into water is transported with the water thereby entering ground and surface waters.

**Montane Circumneutral Cliff Community:** An outstanding natural community in which seepage from the cliff face has a pH of 6.5 or greater, and plants include calciphile lichens, bryophytes, and plants, such as *Dryopteris fragrans* and *Woodsia glabella*.

SVMP0012668

**Motorized Administrative Use:** Use of vehicles such as snowmobiles, ATVs, helicopters, etc. for transportation in the WMNF where Forest-wide or MA direction does not allow public motorized access. Motorized administrative use includes emergency use (e.g., fire, search and rescue) as well as project-related motorized administrative use (e.g., access for timber marking crews, summer work on snowmobile trails, access for maintenance of wildlife openings, packing/grooming of cross-country ski trails) by Forest Service employees, permit holders, and partners.

**Motorized Trails:** Travel trails designated for Off Highway Recreational Vehicle use.

**Motorized Use:** Use of vehicles such as snowmobiles, ATVs, helicopters, etc. for transportation on the WMNF by the general public. In Wilderness, this term also refers to any motor-powered implement such as chainsaws, power drills, etc.

**Mudding:** ATV Riders preferring short wet runs that challenge machines and operators' skills. The riding challenge is more important than the natural setting. This activity does not require trail systems and often takes place as parts of events and rallies.

**Multiple Use:** Managing National Forest resources in a manner to best meet the needs of the American people, recognizing that not all uses can occur on all acres and that changing needs and conditions over time will change the combination and intensity of use. Productivity of the land and sustainability of ecosystems is maintained, and the interrelationships among resources and the effects of use are monitored and evaluated. Multiple use management does not necessarily prescribe the combination of uses that will give the greatest dollar return or the greatest unit output.

**National Forest System (NFS) Road:** A classified forest road under the jurisdiction of the Forest Service. The term "National Forest System road" is synonymous with, and replaces, the term "forest development road" as used in 23 U.S.C. 205.

**Native Materials:** Materials that are gathered on-site. Dimensional lumber is considered non-native material.

**Native Species:** A species or genotype that is naturally found in local ecosystems.

**Natural Community:** A system of interacting plants and their common environment, recurring across the landscape, where the effects of human intervention are minimal.

**Natural Disturbance:** A change in vegetative composition, age class, or structure due to natural occurrences, such as wind, fire, or landslides that are not caused or directly affected by human activity.

**Navigable Waters:** Navigable streams or waters are those which are used, or are susceptible of being used in their ordinary condition, as highways for commerce, over which trade or travel is or may be conducted. Does not apply to streams or waters which are used merely as public highways for floating logs.( TITLE XXII, 271.9, PILOTS, HARBOR MASTERS, AND PUBLIC WATERS, NH Revised Statute).

**Nephelometric Turbidity Unit (NTU):** The measure of how cloudy a water sample is by using a nephelometer using the optical property that causes light to be scattered and absorbed.

**Net Public Benefits:** An expression used to signify the overall long-term value to the nation of all outputs and positive effects (benefits) less all associated inputs and negative effects (costs) whether they can be quantitatively valued or not. Net public benefits are measured by both quantitative and qualitative criteria rather than a single measure or index. The maximization of net public benefits to be derived from management of units of the National Forest System is consistent with the principles of multiple use and sustained yield management.

**No-Disturbance Buffer:** An area around protected raptor nests in which management or other activities that would negatively impact nesting success would be prohibited. What activities would be restricted and how large the buffer should be varies depending on proximity, topography, vegetation, and other factors that amplify or deaden sound.

**Non-Forest Land:** Lands never having or incapable of having 10 percent or more of the area occupied by forest trees, or lands previously having such cover and currently developed for non-forest use.

**Non-Motorized Snow Sports:** Any pedestrian-based recreation that takes place on snow, such as skiing, sledding, snowboarding, or snowshoeing.

**Nonpoint sources:** Diffuse flows of pollutants that can enter a water resource feature at many points.

**Non-Recreation Special Use Permits:** A general definition other than the recreation class of special uses. These include agriculture, community and public information, feasibility, research, training, cultural resources and historical classes, etc.

**Northern Hardwood Forest Habitat:** Forest habitat in which the canopy is comprised almost entirely of deciduous hardwood trees, such as sugar maple, American beech, yellow birch, etc. For implementation purposes, this habitat includes forest types 76, 81-86, 88-89 in our CDS database, but stand conditions, not typing in CDS should be relied on to define habitat.

**Northern White Cedar – Hemlock Swamp**:  Natural community dominated by northern white cedar, with abundant hemlock, red maple, and seepage indicators. It is usually found in headwater areas influenced by groundwater seepage (Sperduto and Nichols 2004).

**Northern White Cedar Seepage Forest**: Natural community dominated by northern white cedar that occurs in the seasonally saturated transition zone between upland forest and swamps or along drainages. It typically has a closed canopy, sparse understory, limited moss cover, and moderate levels of upland herbs, including rich-site species (Sperduto and Nichols 2004).

**Not Appropriate Forest Land:** Lands not selected for timber production in the Forest Plan due to: (a) the multiple use objectives preclude timber production; (b) other management objectives limit timber production activities to the point where management requirements set forth in 36 CFR 219.27 cannot be met; and (c) the lands are not cost efficient over the planning horizon in meeting Forest objectives that include timber production. Lands not appropriate for timber production shall be designated as unsuitable in the Forest Plan.

SVMP0012670

**Nuisance Wildlife:** An individual animal whose regular visits to a recreation area involve theft of food, destruction of property, or aggressive behavior toward people.

**Oak-Pine Forest Habitat:** Forest habitat in which the canopy is comprised primarily of oak or pine species. For implementation purposes, this habitat includes forest types 2-3, and 41-55 in our database, but stand conditions, not typing in CDS should be relied on to define habitat.

**Objectives:** Are measurable accomplishments intended to move the Forest towards the desired conditions described in the goals. Objectives are generally achieved through site-level projects or activities. However they are not the same as "targets," which are dependent on budgets and their accompanying direction.

**Off Highway Recreational Vehicle (OHRV):** OHRVs are any motorized vehicles used for pleasure or recreational purposes on any unimproved terrain. OHRVs may run on tires, belts, cleats, tracks, skis or cushions of air. All conventional motorized vehicles, when used for off-highway recreational purposes, are considered an OHRV. Any motor-driven wheeled vehicle on which there is a saddle or seat for the operator or passenger, or both, and which is designed or adapted for travel over surfaces other than maintained roads, whether on bare ground or covered by ice or snow. OHRVs include ATVs, snowmobiles, 4X4 off-highway vehicles, and dirt/trail bikes. See also All Terrain Vehicle, Snowmobile, 4X4 Off Highway Vehicle, and Dirt/Trail Bike.

**Off-Trail Use Objective:** The stated intent of a hiking trip is to avoid the use of trails, as in bushwhacking or orienteering.

**Old Forest Habitat:** Desired habitat conditions start with those for mature forest and can include greater size, decadence, structural complexity, etc. No harvest will occur in stands identified to provide old forest habitat.

**Old Growth Enriched Upland Forest Community:** A forest 200+ years old with abundant sugar maple and two or more of the following site indicator species: blue cohosh, ostrich fern, maidenhair fern, sweet cicily, Dutchman's breeches, baneberry, foamflower, hepatica, wood nettle, round-leaved violet, jack-in-the-pulpit, zig-zag goldenrod, ginseng, or alternate leaved dogwood. These may occur in areas of calcium-rich mineral soil or at the base of steep slopes or ledges, where organic material may accumulate and contribute to enrichment.

**Old Growth Forest:** Uneven-aged (three or more age classes) forest with an abundance of trees at least 200 years old, multiple canopy layers, large diameter snags and down logs, and a forest floor exhibiting pit-and-mound topography. There should be little or no evidence of past timber harvest or agriculture. Northern hardwood old growth consists primarily of sugar maple and American beech; softwood old growth is largely made up of spruce and hemlock. Stands need to be at least 10 acres in size to be identified as old growth. Anything smaller is a patch of old trees within a younger stand, not a habitat type in its own right.

**The Optimal Location Review (OLR):** The defined, cooperative process for systematically and objectively determining the best location for the Appalachian National Scenic Trail. The process is described in detail in Appendix I of the A.T. Local Management Planning Guide.

**Outfitter (Special Use):** Providing through rental or livery any saddle or pack animal, vehicle or boat, tents, or camp gear, or similar supplies or equipment, for pecuniary remuneration (monetary reward) or other gain. The term "outfitter" includes the permit holder's employees, agents, and instructors (WO 2709.11-95-11, 45.3c). Sometimes called "service permits."

**Outstanding Mineral Rights:** Rights owned by a party other than the surface owner at the time the surface was conveyed to the United States. There is usually no contractual or other legal relationship between the United States and the owner of the outstanding mineral rights.

**Outstanding Natural Community:** Rare community in need of special consideration to ensure its long-term conservation.

**Patch Cutting:** A term used to describe a cutting system used in even-aged management. It defines a clearcut 2 to 10 acres in size.

**People At One Time (PAOT):** A recreation capacity determination expressed in number of people. For developed sites, it is determined by multiplying 5 people per camp or picnic site by the total number of sites in the campground or picnic ground.

**Perennial Streams:** Permanently present surface water. Flows occur throughout the year, except possibly during extreme drought or during extreme cold when ice forms.

**Personal Use (Minerals):** Recreational mineral activities which contribute to the personal enjoyment of mineral collecting as a leisure activity and not for the purpose of realizing personal financial gain either through the sale of the material or through an exchange for other goods or services. The exchange of mineral specimens and/or the fabrication by the collector of functional or decorative items from the collected material and the disposal of same are not considered to constitute a commercial activity as long as the motive for doing so is the further enjoyment of a leisure activity and not for profit.

**Pitch Pine – Scrub Oak Woodland**: A patchy natural community characterized by an irregular canopy of pitch pine over a dense layer of scrub oak and low heaths, such as lowbush blueberry and bearberry. Occurrences may include a mix of pockets of pitch pine forest, scrub oak thicket, heath barren, and grassy openings, as well as areas where all these species occur simultaneously. Fire disturbance is important to maintaining this community (Sperduto and Nichols 2004).

**Planning Area:** The area of the National Forest System covered by a Regional Guide or Forest Plan.

**Planning Horizon:** The overall time period considered in the planning process that spans all activities covered in the analysis or plan and all future conditions and effects of proposed actions which would influence the planning decisions.

**Point Sources:** Discrete controlled flows of pollutants entering a stream through a pipe, well-defined channel, or other conveyance.

**Prescribed Fire:** Any fire ignited by management actions to meet specific objectives. A written, approved prescribed fire plan must exist, and NEPA requirements (where applicable) must be met prior to ignition.

**Present Net Value:** Synonymous with Net Present Value. The difference between the discounted value (benefits) of all outputs to which monetary values or established

market prices are assigned and the total discounted costs of managing the planning area.

**Proper Functioning Condition:** A riparian-wetland area is considered to be in properly functioning condition when adequate vegetation, landform, or large woody material is present to

• dissipate stream energy associated with high water flow, thereby reducing erosion and improving water quality,

• filter sediment, capture bedload, and aid floodplain development,

• improve flood water retention and ground water recharge

• develop root masses that stabilize streambanks against cutting action,

• develop diverse ponding and channel characteristics to provide habitat and the water depth, duration, and temperature necessary for aquatic life forms, and to

• support greater biodiversity.

**Prospecting (Minerals):** Delineation of an area in which exploration would follow by gathering indirect evidence of mineral or energy resources. Indirect data gathering techniques include, but are not limited to: conducting geophysical or geochemical surveys, sampling outcrops, geologic mapping, and drilling holes to gather general geologic or stratigraphic information.

**Public Water Supply:** As defined in the Safe Drinking Water Act, have at least 15 service connections or serve at least 25 people per day for 60 days of the year. Public water supplies will be identified using New Hampshire and Maine inventories. Additional public water supplies may be identified provided the criteria above are met.

**Pulpwood:** Wood cut and prepared primarily for manufacture into wood pulp.

**"Q" Factor:** A method used in uneven-aged timber management to express the desired number of trees by diameter class. A "Q" factor of 1.5 means that each diameter class would have 1.5 times the number of trees than the next highest diameter class.

**Recreation Events Special Use Permits:** A special use designation within the Recreation Special Use category of "Facility Related Activities". Recreation events include organized events of a temporary nature, such as animal, vehicle, or boat races; fishing contests; rodeos; adventure games; and fairs (SFSM 2721.49)

**Recreation Opportunity Spectrum (ROS):** A system that provides a framework for defining the different types of outdoor recreation opportunities the pubic might desire. The spectrum describes six different outdoor recreation opportunity classes: Primitive, Semi-Primitive Non-Motorized, Semi-Primitive Motorized, Roaded Natural, Rural, and Urban. The ROS defines and integrates a range of outdoor settings with recreation activities allowed in management areas. For example, motorized use is not allowed in a non-motorized ROS class.

**Recreation Opportunity Spectrum (ROS) Inconsistency:** When a particular aspect of the physical, social, or managerial setting does not match the overall ROS objective of a particular area. Some inconsistencies are present at the time of ROS inventory, and others may appear after the inventory.

SVMP0012673

**Recreation Permits (Special Use):** a class of special use permits for recreation uses that serve the public, protect public health and safety, and protect the resource. (FSM 2720) These include such categories as group use, facility related activities, and winter recreation. Within each of these categories there could be several "designations" of special use permits.

**Reforestation:** The renewal of forest cover either by seeding, planting, or natural means.

**Regeneration Forest Habitat:** Forest in which almost all the trees are 0-9 years old with less than 30 square feet of basal area in a mature overstory. Can be created through natural disturbance (e.g. wind, fire) or the following silvicultural treatments: clearcutting, seed tree harvest, and shelterwood harvest to 30 basal area or less or with removal harvest within 10 years of original harvest.

**Regeneration Habitat:** Habitat resulting from the renewal of a crop of trees by either natural or artificial means.

**Regeneration Harvest:** A timber harvest that removes selected trees in the existing stand to a density that allows for the establishment of a new stand.

**Regulated Harvest:** The volume scheduled in calculations of the allowable sale quantity which is harvested from suitable commercial forest land.

**Removable (or Clean) Protection (Climbing):** Equipment designed to be removed after each ascent without altering the rock. Technology has provided more secure removable protection in the form of spring loaded camming devices, tapered wedges known as "nuts" or "chocks," passive camming devices, and slings temporarily placed over flakes or horns. Clean protection currently requires some type of naturally-occurring break, crack, or other rock feature for placement. Smooth, blank faces cannot currently be protected without drilled, fixed protection.

**Research Natural Area (RNA):** Area on National Forest System lands designated to be permanently protected and maintained in a natural condition to preserve and maintain landscape scale, ecosystems, and species diversity, and to serve as baselines for comparison to manipulated ecosystems.

**Reserved Minerals:** Mineral rights retained by grantor in a deed conveying land to the United States.

**Resource Advisor:** The person primarily responsible for identifying and evaluating potential impacts of fire operations on natural and cultural resources, and for promoting excellence in the integration of resource concerns (1996 Resource Guide, PMS 313, NFES 1831). Resource advisors have the expertise to help minimize impacts of fire management and are present to help ensure relevant policies are followed, to minimize impacts, and to help get the most benefit from the activity.

**Responsible Line Officer:** The Forest Service employee who has the authority to select and/or carry out a specific planning action.

**Riparian Area:** Geographically delineable areas with distinctive resource values and characteristics that are comprised of aquatic and riparian ecosystems.

**Riparian Ecosystem:** A transition between the aquatic ecosystem and the adjacent terrestrial ecosystem; identified by soil characteristics or distinctive vegetation communities that require free or unbound water.

SVMP0012674

**Riparian Management Zone:** This zone begins 25' from the bank. The width of the zone depends on the stream order or size of the pond.

**Road:** A motor vehicle travel corridor over 50 inches wide, unless designated and managed as a trail. A road may be classified, unclassified or temporary.

**Road Decommissioning:** Activities that result in the stabilization and restoration of unneeded roads to a more natural state (36 CFR 212.1; FSM 7703). Activities used to decommission a road include, but are not limited to: reestablishing former drainage patterns, stabilizing slopes, restoring vegetation, blocking the entrance to the road, installing waterbars, removing culverts, reestablishing drainage-ways, removing unstable fills, pulling back road shoulders, scattering slash on the roadbed, completely eliminating the roadbed by restoring natural contours and slopes, or other methods designed to meet the specific conditions associated with the unneeded road (FSM 7712). One or many of the methods described may be used as deemed necessary. Decommissioning removes the road from the transportation system.

**Road Improvement:** Activity that results in an increase of an existing road's traffic service level, expansion of its capacity, or change in its original design function.

**Road Maintenance:** The ongoing upkeep of a road necessary to regain or restore the road to the approved road management objective (FSM 7712.3).

**Road Realignment:** Activity that results in a new location of an existing road or portions of an existing road and treatment of the old roadway (36 CFR 212.1).

**Road Reconstruction:** Activity that results in the improvement or realignment of an existing classified road as defined.

**Road, Arterial:** Provides service to large land areas. Connects with other arterials or public highways.

**Road, Classified:** Road wholly or partially within or adjacent to National Forest System lands that are determined to be needed for long term motor vehicle access, including state roads, county roads, privately owned roads, National Forest System roads, and other roads authorized by the Forest Service.

**Road, Collector:** Serves smaller land areas than arterials. Connects arterials to local roads or terminal facilities.

**Road, Forest:** As defined in Title 23 Section 101 of the United States Code (23 U.S.C. 101), any road wholly or partially within, or adjacent to, and serving the National Forest System and which is necessary for the protection, administration, and utilization of the National Forest System and the use and development of its resources.

**Road, Local:** Single purpose road. Connects terminal facilities with collectors or arterials.

**Road Operation Maintenance Level (ROML):** The level of service provided by, and maintenance required for, a specific road (FSH 7709.58).

> **Level 1 (Closed for more than 1 year):** Assigned to intermittent service roads during the time they are closed to vehicular traffic. The closure period must exceed 1 year. Basic custodial maintenance is performed to keep damage to adjacent resources to an acceptable level and to perpetuate the road to facilitate future management activities. Roads receiving maintenance Level 1 may be of any type, class, or construction standard, and may be managed

at any other maintenance level while they are open for traffic. While being maintained at Level 1, they are closed to vehicular traffic, but may be open and suitable for non-motorized uses.

**Level 2 (High-clearance vehicles):** Assigned to roads open for use by high clearance vehicles. Passenger car traffic is not a consideration. Traffic is normally minor, usually consisting of one or a combination of administrative, permitted, dispersed recreation, or specialized uses. Log haul may occur at this level.

**Level 3 (Passenger vehicles-surface not smooth):** Assigned to roads open and maintained for travel by a prudent driver in a standard passenger car. User comfort and convenience are not considered priorities. Roads in this maintenance level are typically low speed, single lane with turnouts and spot surfacing. Some roads may be fully surfaced with either native or processed material.

**Level 4 (Passenger vehicles-smooth surface):** Assigned to roads that provide a moderate degree of user comfort and convenience at moderate traffic speeds. Most roads are double lane and aggregate surfaced. However, some roads may be single lane. Some roads may be paved and/or dust abated.

**Level 5 (Passenger vehicles-dust free; possibly paved):** Assigned to roads that provide a high degree of user comfort and convenience. These roads are normally double lane, paved facilities. Some may be aggregate surfaced and dust abated.

**Road, New Construction:** Activity that results in the addition of forest classified or temporary road miles (36 CFR 212.1).

**Road, Private:** A road under private ownership authorized by an easement to a private party, or a road that provides access pursuant to a reserved or private right.

**Road, Public:** Any road or street under the jurisdiction of and maintained by a public authority and open to public travel (23 U.S.C. 101(a)).

**Road, Temporary:** Road authorized by contract, permit, lease, other written authorization, or emergency operation, not intended to be part of the forest transportation system and not necessary for long-term resource management.

**Road, Traffic Service (Levels):**

**A:** Free flowing, mixed traffic; stable, smooth surface; provides safe service to all traffic.

**B:** Congested during heavy traffic, slower speeds and periodic dust; accommodates any legal-sized load or vehicle.

**C:** Interrupted traffic flow, limited passing facilities, may not accommodate some vehicles. Low design speeds. Unstable surface under certain traffic or weather.

**D:** Traffic flow is slow and may be blocked by management activities. Two-way traffic is difficult, backing may be required. Rough and irregular surface. Accommodated high clearance vehicles. Single purpose facility.

SVMP0012676

**Road, Unclassified:** Roads on National Forest System lands that are not managed as part of the forest transportation system, such as unplanned roads, abandoned travel corridors, and off-road vehicle tracks that have not been designated and managed as a trail. Includes those roads that were once under permit or other authorization and were not decommissioned upon the termination of the authorization (36 CFR 212.1).

**Road-Related Recreation Activities:** Include driving for pleasure (together with related parking lots, overlooks, vistas, and interpretive sites), developed campgrounds, day use sites (picnic grounds, water play sites, etc.) and roadside camping.

**Roads, Objective Maintenance Level:** The maintenance level to be assigned at a future date considering future road management objectives, traffic needs, budget constraints, and environmental concerns.

**Roadside Camping:** Camping along roads outside of developed campgrounds. At some locations these are specified sites, while at other locations they are not specified. This is considered developed camping as opposed to dispersed camping (backcountry facilities or dispersed campsites).

**Rockfall:** The relatively free falling or precipitous movement of a newly detached segment of bedrock (usually massive, homogeneous, or jointed) of any size from a cliff or other very steep slope.

**Rockslide:** A landslide involving a downward and usually sudden and rapid movement of newly detached segments of bedrock sliding or slipping over an inclined surface of weakness, as a surface of bedding, jointing, or faulting.

**Route:** In climbing, an established line of ascent of a cliff face. This does not include non-technical pathways to the top or base of a cliff.

**Sale Schedule:** The quantity of timber planned for sale by time period from an area of suitable land covered by a forest plan. The first period, usually a decade, of the selected sale schedule provides the allowable sale quantity. Future periods are shown to establish that long-term sustained yield will be achieved and maintained.

**Salvage Harvest (or Cutting):** The removal of dead trees or trees damaged or killed by injurious agents other than competition, to recover value that would otherwise be lost.

**Salvage Sale:** A timber sale for which an important reason for entry includes removal of diseased, infested, dead, damaged or down timber. It also includes associated green trees for ecosystem improvement or rehabilitation. The sale should include an identifiable salvage component of trees which are dead, damaged, diseased, insect infested, wind-thrown, or imminently susceptible to insect attack because of drought related stress. The sale may include trees lacking the characteristics of a healthy and viable ecosystem.

**Sanitation Cutting:** The removal of trees to improve stand health and to reduce actual or anticipated spread of insects and disease.

**Sawtimber:** Trees suitable in size and quality for producing logs that can be processed into dimension lumber.

**Scenery Management System (SMS):** Tool and process developed by USDA Forest Service that provides an overall framework for the orderly inventory, analysis, and management of scenery.

*White Mountain National Forest — Land and Resource Management Plan*

**Scenery Management System, Concern Levels:** A measure of the degree of public importance placed on landscapes viewed from travel corridors and use areas. They are identified as Levels 1, 2, and 3, with 1 being the highest level.

**Scenery Management System, Distance Zone:** Landscape areas denoted by specified distances from the observer. Used as a frame of reference in which to discuss landscape attributes or the scenic effect of human activities in a landscape. Distance Zones are defined as:

**Foreground:** Detailed landscape generally found from the observer to ½ mile away;

**Middleground:** The zone between the foreground and the background in a landscape. The area located from ½ mile to 4 miles from the observer;

**Background:** The distant part of a landscape. The landscape area located from 4 miles to infinity from the viewer.

**Scenery Management System, Landscape Character:** An overall visual and cultural impression of landscape attributes (physical, biological, and cultural) that make each landscape identifiable or unique.

**Scenery Management System, Scenic Attractiveness:** The scenic importance of a landscape based on human perceptions of the intrinsic beauty of landform, water characteristics, vegetation pattern, and cultural land use. Scenic attractiveness classifications are: Class A – Distinctive; Class B – Typical; Class C – Indistinctive;

**Scenery Management System Scenic Classes:** Measures of the relative importance, or value, of discrete landscape areas having similar characteristics of scenic attractiveness, user concern, and distance zone viewed in.

**Scenery Management System, Scenic Integrity Objective:** Measure of the degree to which a landscape is visually perceived to be intact and whole; an indication of the degree of deviation from the character valued by users for its aesthetic appeal. The Scenery Management System identifies the following levels of scenic integrity.

**Very High (Unaltered)** Refers to landscapes where the valued landscape character "is intact" with only minute if any deviations. The existing landscape character is expressed at the highest possible level.

**High (Appears Unaltered)** Refers to landscapes where the valued landscape character "appears intact." Deviations may be present but must repeat the form, line, color, texture, and pattern common to the landscape character so completely and at such scale that they are not evident.

**Moderate (Slightly Altered)** Refers to landscapes where the valued landscape character "appears slightly altered." Noticeable deviations must remain visually subordinate to the landscape character being viewed.

**Low (Moderately Altered)** Refers to landscapes where the valued landscape character "appears moderately altered." Deviations begin to dominate the valued landscape character being viewed but they borrow valued attributes such as size, shape, edge effect and pattern of natural openings, vegetation type changes or architectural styles from outside the landscape being viewed.

SVMP0012678

**Very Low (Heavily Altered)** Refers to landscapes where the valued landscape character "appears heavily altered." Deviations may strongly dominate the valued landscape character. They may not borrow from valued attributes such as size, shape, edge effect and pattern of natural openings, vegetation type changes or architectural styles within or outside the landscape being viewed. However deviations must be shaped and blended with the natural terrain (landforms) so that elements such as unnatural edges, roads, landings, and structures do not dominate the composition.

**Scenery Management System, View:** The total visible area from a single observer position. Usually determined by enclosure defined by landform and/or vegetation.

**Scenic Resource:** Attributes, characteristics, and features of landscapes that provide varying responses from and varying degrees of benefits to, National Forest visitors.

**Scoping:** Includes internal and public involvement to determine the range of issues to be addressed in an environmental analysis.

**Section 504 of the Rehabilitation Act of 1973, as Amended:** Law requiring that persons with disabilities, solely because of their disability, not be denied access to the programs or activities provided to all other people by any Federal agency.

**Section Hiker (AT):** Those hiking the entire length of the Appalachian Trail in sections and not all at one time. (See also Thru Hiker)

**Seed Tree Cutting:** An even-aged harvest method which involves the removal in one cut of the mature timber from an area with a small number of seed bearing trees left singly or in groups for regeneration.

**Shade Intolerant:** Those trees that need full or near full sunlight to regenerate and grow.

**Shade Tolerant:** Those trees that can regenerate and grow in shade or varying degrees of sunlight.

**Shelter**: A type of backcountry facility (see photo)



*Adirondack-style shelter at Moose Mountain. (WMNF Photo)*

**Shelterwood Cutting:** The even-aged cutting method that describes the silvicultural system which provides a source of seed and/or protection for regeneration. The old crop (the shelterwood) is removed in two or more successive cuttings. The first cutting is ordinarily the seed cutting (a regeneration cut) though it may be preceded by a preparatory cutting, and the last cut is usually the removal cut.

SVMP0012679

**Silviculture:** The art and science of controlling forest establishment, composition, structure, and growth.

**Single Tree Selection Cutting:** An uneven-aged cutting method where individual trees are selected and cut in a stand while maintaining a prescribed number of trees in each diameter class.

**Sinkholes:** Described as a "collapse" associated with fresh water dissolving evaporite minerals.

**Slash:** Debris left after logging, pruning, thinning, or brush cutting, and large accumulation of debris after wind or fire. It includes logs, branches, bark, and stumps.

**Slump:** A landslide characterized by a shearing and rotary movement of a generally independent mass of rock or earth along a curved slip surface (concave upward) and about an axis parallel to the slope from which it descends.

**Snow Compaction (Lynx):** In reference to lynx, snow compaction refers to conditions where snow is compacted generally throughout the winter or for long periods of time, as opposed to occasional use that compacts the snow for a period of a few days until the next snowfall occurs. Conditions where snow compaction is sufficient to allow competing carnivores to gain access to an area otherwise unavailable because of deep, fluffy snow, is considered a potential negative impact to lynx.

**Snowmobile:** Any vehicle propelled by mechanical power that is designed to travel over ice or snow supported in part by skis, belts or cleats. Also called a snowmachine. See Off Highway Recreational Vehicle.

**Special Use Permit:** A type of special use authorization that provides permission, without conveying an interest in land, to occupy and use national forest land or facilities for specific purposes, and that is both revocable and terminable. A permit is not transferable. There are different classes, categories, and designations of special use permits.

**Sport Climbing:** A climbing discipline involving ascents of routes established with fixed protection, usually bolts and hangers. Designed to provide an increased level of safety and the opportunity to focus on gymnastic difficulty with lower risk of injury.

**Spring:** A location where groundwater flows out of bedrock or surficial material onto the land or into a surface water feature such as a stream or pond.

**Spruce-Fir Forest Habitat:** Forest habitat in which the canopy is comprised almost entirely of balsam fir or red spruce. For implementation purposes, this habitat includes forest types 11-19 in our database, but stand conditions, not typing in CDS should be relied on to define habitat.

**Stand:** A community of naturally or artificially established trees of any age sufficiently uniform in composition constitution, age, spatial arrangement, or condition to be distinguishable from adjacent communities, thereby forming a silvicultural or management entity.

**Standards:** A course of action that must be followed, or a level of attainment that must be reached, to achieve management goals and objectives. In general standards limit project-related activities. Deviations from standards must be analyzed and documented in a Forest Plan amendment.

SVMP0012680

**Strip Cut:** An even-aged cutting method. It describes the linear configuration of clear cut areas. The regeneration of the stand may be accomplished in two or more stages.

**Suitability:** The appropriateness of applying certain resource management practices to a particular area of land, as determined by an analysis of the economic and environmental consequences and the alternative uses foregone. A unit of land may be suitable for a variety of individual or combined management practices.

**Suitable Forest Land:** Land that is to be managed for timber production on a regulated basis.

**Surface Disturbance:** Removing, digging in, excavating, disturbing, injuring, destroying, or in any way damaging any natural or cultural resources.

**Sustained-Yield:** The achievement and maintenance in perpetuity of a high-level annual or regular periodic output of the various renewable resources of the National Forest System without impairment of the productivity of the land.

**Talus Slope:** Areas of coarse rock debris, accumulated at the base of cliffs, with vegetation ranging from closed-canopy forest to open barrens, depending on talus size, degree of soil development, and level of disturbance. Talus slope/woodlands can be distinguished from those on stable substrates by herb shrub and vine species characteristic of woodland openings, rocky areas or disturbed habitats, such as gooseberry, currants, climbing buckwheat, poison ivy and rock polypody.

**Tent Platform (Site):** A type of backcountry facility (see photo)



*Tent Platform at Ethan Pond, 1979 (WMNF Photo)*

**Tentatively Suitable Forest Land:** Forest land that is producing or is capable of producing crops of industrial wood and (a) has not been withdrawn by Congress, the Secretary, or the Chief; (b) existing technology and knowledge are available to ensure timber production without irreversible damage to soils, productivity, or watershed conditions; (c) existing technology and knowledge, as reflected in current research and experience, provide reasonable assurance that adequate restocking can be attained within 5 years after final harvest; (d) adequate information is available to project responses to timber management activities, and (e) has not undergone analysis to determine if other resource objectives would preclude timber harvesting and thus make the land area unsuitable.

**TES Species:** Plant or animal species that are designated as threatened or endangered by the U.S. Fish and Wildlife Service or that are designated as sensitive by the Regional Forester.

SVMP0012681

**TES Species, Site Prescription:** A written statement describing the actions to be taken to protect an individual TES plant occurrence from a proposed action. Site prescriptions may be as long or as short as necessary.

**Thru-Hiker (AT):** Those hiking the entire length of the Appalachian Trail at one time. (See also Section Hiker)

**Timber Production:** The purposeful growing, tending, harvesting, and regeneration of regulated crops of trees to be cut into logs, bolts, or other round sections for industrial or consumer use. For purposes of this subpart, the term timber production does not include production of fuelwood.

**Timber Stand Improvement:** All noncommercial, intermediate cuttings and other treatments to improve composition, constitution, condition, and increment of a timber stand.

**Timber:** Wood retaining many of the recognizable characteristics of a tree: round, bark covered and tapering, but without limbs and leaves. In the wood industry usage it may be "standing timber," that is the portion of the living tree with characteristics of value to the wood using industry or cut trees not yet processed beyond removing limbs and tops.

**Top Roping (Climbing):** A climbing method where the rope runs from a climber on the ground through an anchor at the top of the climb and back down to the belayer. As the climber ascends, the belayer pulls in rope to keep pace with the climber. The climber may let go of the rock without falling, since the rope is kept taut above him/her. Protection for top rope climbs is required only at the top of the climb. The practice only works on climbs less than half a rope length long and where there is access to the top of the feature to create the anchor point. Climbs longer than half a rope length may be top roped by placing the belayer at the top of the feature, if access is available.

**Traditional Climbing:** A climbing discipline usually involving ground-up ascents of features where removable protection (see definition) is placed by a leader and retrieved by a second, following climber. Generally offers a higher degree of uncertainty and a greater sense of exploration than sport climbing. Risk of injury is often greater, as skill in placing and evaluating protection quality is required.

**Trail:** An identified component of the Forest trail system (see Forest Trail System).

**Trail Use Levels:** Use categories determined by the best professional estimate of field and recreation managers using field experience and sporadic monitoring counts over the years. In 1998 and 1999 trails were randomly selected and sampled with trailhead registers in each of these categories to come up with an average people per day (ppd) use, an average noncompliance rate, and a verification of their use category. Very High: 70-90 ppd; High: 29-36 ppd; Moderate: 12-15 ppd; Low: 2-4 ppd.

**Transfer Lands (AT):** Those New Hampshire lands acquired by the National Park Service specifically for Appalachian Trail protection and administered by the WMNF.

**Travel Corridor (sometimes referred to as Travelway):** A discernible route not likely to recover naturally within one year. These routes were at one time meant for one or more types of four wheel or tracked vehicles. Examples include timber skid routes, temporary roads, and abandoned roads. These do not include Forest System Trails, incidental trails, or classified Forest System roads.

SVMP0012682

**Uninterrupted Use Snowmobile Trail:** A trail that should not be closed by other management actions. Applied to NH Corridor trails and Maine ITS Trails. May require temporary relocation of the trail during management actions. In some cases alternative routes are established and snowmobile use cycles between the two as needed.

**Unsuitable Forest Land:** Forest land that is not managed for timber production because (a) the land has been withdrawn by Congress, the Secretary, or the Chief; (b) the land is not producing or capable of producing crops of industrial wood; (c) technology is not available to prevent irreversible damage to soils, productivity, or watershed conditions; (d) there is no reasonable assurance that lands can be adequately restocked within 5 years after final harvest, based on existing technology and knowledge, as reflected in current research and experience; (e) there is at present, a lack of adequate information to respond to timber management activities; or (f) timber management is inconsistent with or not cost efficient in meeting the management requirements and multiple use objectives specified in the Forest Plan.

**Urban Forest:** By Forest Service definition, a National Forest located within 50 miles of populations greater than one million people, and demonstrating unique management challenges and opportunities.

**Use-Cycle Approach (Alpine Skiing):** In ski areas, periodically moving users between areas of glade skiing to enable regeneration in the unused areas and perpetuate uneven-aged stands of trees. See also Glade Skiing.

**Vegetation Management:** Manipulating vegetation to reach desired habitat or ecosystem goals. See also Timber Management.

**Vernal Pool:** Naturally occurring, depressional wetlands that temporarily hold water in the spring and early summer, drying up typically in mid to early summer. They are isolated without an inlet or outlet and are fishless. On the WMNF, identification of vernal pools may be confirmed by evidence of breeding activity (e.g., presence of eggs or spermatophores) by any of the following indicator species:  wood frog (*Rana sylvatica*), spotted salamander (*Ambystoma maculatum*), Jefferson salamander (*Ambystoma jeffersonianum*), or blue-spotted salamander (*Ambystoma laterale*). Presence of fairy shrimp (*Eubranchipus* sp.) at any time may also be used to identify a vernal pool.

**View, Viewshed:** See Scenery Management System, View.

**Weed-Free:** As free as possible of non-native invasive species plant materials, generally at least 98 percent.

**Wetlands:** Wetlands will be identified using jurisdictional criteria and/or through the use of the National Wetlands Inventory maps.

**Wheelchair or Mobility Device:** A device, including one that is battery-powered, that is designed solely for use by a mobility-impaired person for locomotion, and that is suitable for use in an indoor pedestrian area. A person whose disability requires use of a wheelchair or mobility device may use a wheelchair or mobility device that meets this definition anywhere foot travel is permitted. (Forest Service Manual 2353.05 and ADA Title V Section 507c)

SVMP0012683

"Designed solely for use by a mobility-impaired person" means that the original design and manufacture of the wheelchair was only for the purpose of mobility for a person who has a disability. This does not include after-market retrofit of a motorized unit to make it usable by a person who has a disability. "Suitable for indoor pedestrian use" means usable inside a home, mall, courthouse, etc.

SVMP0012684

**Vegetation Management:** Manipulating vegetation to reach desired habitat or ecosystem goals. See also Timber Management.

**Vernal Pool:** Naturally occurring, depressional wetlands that temporarily hold water in the spring and early summer, drying up typically in mid to early summer. They are isolated without an inlet or outlet. They are fishless and allow for successful breeding of certain amphibians and invertebrates.

**View, Viewshed:** See Scenery Management System, View.

**Weed-Free:** As free as possible of non-native invasive species plant materials, generally at least 98 percent.

**Wetlands:** Wetlands will be identified using jurisdictional criteria and/or through the use of the National Wetlands Inventory maps.

**Wheelchair or Mobility Device:** A device, including one that is battery-powered, that is designed solely for use by a mobility-impaired person for locomotion, and that is suitable for use in an indoor pedestrian area. A person whose disability requires use of a wheelchair or mobility device may use a wheelchair or mobility device that meets this definition anywhere foot travel is permitted. (Forest Service Manual 2353.05 and ADA Title V Section 507c)

"Designed solely for use by a mobility-impaired person" means that the original design and manufacture of the wheelchair was only for the purpose of mobility for a person who has a disability. This does not include after-market retrofit of a motorized unit to make it useable by a person who has a disability. "Suitable for indoor pedestrian use" means useable inside a home, mall, courthouse, etc.

**Wildfire:** An unplanned, unwanted wildland fire, including unauthorized human-caused fires, escaped wildland fire use events, escaped prescribed fire projects, and all other wildland fires where the object is to put the fire out.

**Wildland Fire:** Any non-structure fire that occurs in the wildland. Three distinct types of wildland fire have been defined and include wildfire, wildland fire use, and prescribed fire.

**Wildland Fire Use:** The application of the appropriate management response to naturally-ignited wildland fires to accomplish specific resource management objectives in pre-defined, designated areas outlined in Fire Management Plans. Operational management is described in the Wildland Fire Implementation Plan (WFIP).

**Wildland User Interface (WUI):** The line, area, or zone where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels (also "Urban Interface").

**Wildlife Opening:** Terrestrial opening dominated by native grasses, forbs (e.g., goldenrod, ferns, meadowsweet), and/or shrubs (e.g., blackberries, raspberries, blueberries, alder) that is maintained in an non-forested condition naturally or through stumping, mowing, prescribed burning, brushing, or other means to benefit wildlife. It must remain in shrubby or herbaceous vegetation and have minimal (<15%) overstory canopy conditions. Only areas that are maintained primarily for wildlife benefits are considered wildlife openings; other

*34*

SVMP0012685

herbaceous openings exist on the Forest and may provide wildlife habitat, but they are not considered wildlife openings for the purposes of this Plan.

**Wildlife Tree:** A live tree greater than 18" dbh with 2 or more main defects that can be used as cavities. In aspen and paper birch communities, the dbh should be greater than or equal to 14 inches.

**Wildlife-Human Conflict:** An occasional sighting of a bear or other wildlife in the vicinity of recreation sites does not necessarily indicate a problem. However, visits on a regular basis that result in theft of food, destruction of property, or any indication of aggression do constitute wildlife-human conflicts. Rely on biologists to evaluate wildlife behavior.

**Wind Towers:** Includes individual wind towers for wind energy testing and monitoring facilities (small individual site-specific meteorological towers and instrumentation facilities) as well as wind energy development projects (includes wind turbine facilities, as well as access roads, electrical and transmission facilities, and other support facilities).

**Young Forest Habitat:** Results from growth of regenerating forest habitat. It also is created when the overstory is removed from a shelterwood harvest more than 10 years after the original harvest. Canopy trees are typically shorter than at maturity and small in diameter, usually less than eight inches.

SVMP0012686

SVMP0012687