UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

STANDING TREES, INC.,

    Plaintiff,

    v.

UNITED STATES FOREST SERVICE;
DEREK IBARGUEN, in his official capacity as
Supervisor of the White Mountain National Forest; and
JAMES INNES, in his official capacity as the District
Ranger for the Saco Ranger District,

    Federal Defendants.

Case No. 1:25-cv-00237-SE-TSM

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Federal Defendants United States Forest Service; Derek Ibarguen, in his official capacity as Supervisor of the White Mountain National Forest; and James Innes, in his official capacity as District Ranger for the Saco Ranger District ("Federal Defendants") cross-move for summary judgment on all claims in this case. This motion is made in accordance with the Court's November 20, 2025 Scheduling Order (Dkt. No. 13), Federal Rule of Civil Procedure 56, and Civil Local Rules 40.1(a)(1) and 56.1.

Plaintiff challenges the authorization of the Sandwich Vegetation Management Project on the White Mountain National Forest, alleging the Forest Service's decision violates the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4331-4370m, the National Forest Management Act ("NFMA"), 16 U.S.C. § 1604, and the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706. Comp. ¶¶ 144-176 (Claims 1, 2, and 3) (NEPA and APA), ¶¶ 177-183 (Claim 4) (NFMA and APA), Dkt. No. 1. Courts review compliance with NEPA and NFMA under the APA.

Under the APA's deferential standard of review, a court may set aside agency action only when it concludes the action is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A). The Court should find that Plaintiff has not met its burden to show that the Forest Service's decision is arbitrary or capricious for any of the NEPA or NFMA counts alleged in its Complaint.

In support of this cross-motion, Federal Defendants submit the Administrative Record lodged on September 11, 2025 (Dkt. No. 8) and an additional Administrative Record document filed on January 8, 2026 (Dkt. No. 17); the concurrently filed Memorandum in Support; Federal Defendants' forthcoming reply in support of this Cross-Motion; and any other pleadings or argument that may be presented in Court.

Respectfully submitted this 15th day of January.

                                              ADAM R.F. GUSTAFSON
                                              Principal Deputy Assistant Attorney General
                                              United States Department of Justice
                                              Environment & Natural Resources Division

                                              */s/ Reade E. Wilson*
                                              READE E. WILSON
                                              Trial Attorney
                                              Natural Resources Section
                                              150 M Street NE
                                              Washington, DC 20002
                                              (202) 598-3546
                                              reade.wilson@usdoj.gov

                                              *Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, I filed the foregoing electronically with the Court's CM/ECF system, which will serve a copy of the same on all counsel of record.

*/s/ Reade E. Wilson*
Reade E. Wilson
reade.wilson@usdoj.gov