UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-00237-SE-TSM |

MOTION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS

The Society for the Protection of New Hampshire Forests (the "Forest Society"), the Appalachian Mountain Club ("AMC"), the New Hampshire Wildlife Federation ("NHWF"), the Audubon Society of New Hampshire ("NH Audubon"), the New Hampshire Timberland Owners' Association ("NHTOA"), the Northern Forest Center ("NFC"), the Ruffed Grouse Society & American Woodcock Society ("RGS & AWS"), the Granite State Division of the Society of American Foresters ("GSD-SAF"), and Charles Niebling (collectively referred here, and in the contemporaneously filed Memorandum, as the "Amici"), move, as *amicus curiae*, to file a memorandum in support of the Defendants' claims and defenses. In support hereof they state:

1.  The Amici are filing their memorandum contemporaneously with this Motion, consistent with the deadline and other requirements set forth in the Court's Scheduling Order. In support of this Motion, the Amici incorporate and reference their contemporaneously filed Memorandum, detailing their interests in the White Mountain National Forest, and the Sandwich Integrated Resource Project at issue in this case.

1

2. As set forth more completely in their Memorandum, although each Amici is a distinct entity with its own mission and/or vision,[1] two common threads bring them together in support of the Defendants: responsible, science-based stewardship of national forest land and the White Mountain National Forest ("WMNF") in particular, and the integrity of the forest management planning process. Whether for aesthetics and scenic enjoyment, recreational use, wildlife habitat conservation, environmental protection, or responsible forestry, the Amici have an interest in seeing the forest stands at issue properly managed to ensure the ecological health, integrity, perpetuation, and appropriate use of the WMNF. While the Amici may differ in their emphasis, they all agree that forest management is a critical tool for achieving their diverse interests.

3. The Amici have made every effort to ensure that their memorandum does not merely duplicate the filings submitted by the Defendants.

4. There are no federal district court rules regarding participation as *amicus curiae*. However, other district courts have held that the Court has broad discretion to allow parties to participate as *amicus curiae* even though no rule specifically provides for it. *Martinez v. Capita*, 909 F.Supp. 283, 286 (E.D. Pa. 1995). In this case, the Case Structuring Order contemplates participation by amicus parties.

5. Neither the Defendants nor the Plaintiff take a position on this Motion.

**WHEREFORE**, the Amici respectfully request that this Honorable Court:

A. Accept the amicus brief contemporaneously submitted by the Amici; and

B. Grant such and further relief as may be just.

---

[1] In the interests of efficiency, the Amici have not provided substantial information about each individual amicus. Should the Court find such information helpful, Amici would gladly provide it upon request.

2

                                              Respectfully Submitted,

                                              **THE SOCIETY FOR THE PROTECTION OF NEW HAMPSHIRE FORESTS**

                                              By its Attorneys,

                                              ORR & RENO, P.A.

January 23, 2026        By:   */s/ Jeremy D. Eggleton*
                                              Jeremy D. Eggleton, Esq. (NH Bar #18170)
                                              45 South Main Street
                                              P.O. Box 3550
                                              Concord, NH  03302-3550
                                              Phone:  603-224-2381
                                              Fax:     603-224-2318

**And other joining Amici, represented by Attorney Eggleton for this Brief:**

**THE APPALACHIAN MOUNTAIN CLUB**

By: /s/ Nicole Zussman
Nicole Zussman
10 City Square
Boston, MA 02129
203-912-0421
nzussman@outdoors.org

**THE NEW HAMPSHIRE WILDLIFE FEDERATION**

By: /s/ James Morse
James Morse
54 Portsmouth Street
Concord, NH 03301
603-224-5953
admin@nhwf.org

**THE AUDUBON SOCIETY OF NEW HAMPSHIRE**

By: Douglas Bechtel
Douglas Bechtel
84 Silk Farm Road
Concord, NH 03301
603-224-9909
dbechtel@nhaudubon.org

**THE NEW HAMPSHIRE TIMBERLAND OWNERS' ASSOCIATION**

By: Jasen Stock
Jasen Stock
54 Portsmouth Street
Concord, NH 03301
603-224-9699
jstock@nhtoa.org

**THE NORTHERN FOREST CENTER**

By: Rob Riley
Rob Riley
18 North Main Street, Suite 204
Concord, NH 03301
603-229-0679
rriley@northernforest.org

**RUFFED GROUSE/ AMERICAN WOODCOCK SOCIETY**:

By: Karl Malcolm
Karl Malcolm
Vice President of Conservation
Ruffed Grouse Society & American Woodcock Society
100 Hightower Boulevard, Suite 101
Pittsburgh, PA 15205

**GRANITE STATE DIVISION OF THE SOCIETY OF AMERICAN FORESTERS:**

By:  Christopher Hinz
Christopher Hinz, Chair
107 Howard St. Apt.2
Keene, NH 03431
603-325-5430
christopherjhinz@gmail.com

**CHARLES NIEBLING**

By: Charles Niebling
Charles Niebling
10 Queen Street
Boscawen, NH 03303
603-965-5434
charlieniebling@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served, this day, electronically through ECF upon all parties of record.

                                                      _/s/ Jeremy D. Eggleton_