UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STANDING TREES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-00237-SE-TSM |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for The Society for the Protection of New Hampshire Forests (the "Forest Society"), the Appalachian Mountain Club ("AMC"), the New Hampshire Wildlife Federation ("NHWF"), the Audubon Society of New Hampshire ("NH Audubon"), the New Hampshire Timberland Owners' Association ("NHTOA"), the Northern Forest Center ("NFC"), the Ruffed Grouse Society & American Woodcock Society ("RGS & AWS"), the Granite State Division of the Society of American Foresters ("GSD-SAF"), and Charles Niebling (collectively, the "Amici"), as prospective *amicus curiae*, in the above-captioned matter.

Respectfully Submitted,

**THE SOCIETY FOR THE PROTECTION OF NEW HAMPSHIRE FORESTS**

By its Attorneys,

ORR & RENO, P.A.

January 23, 2026        By:    /s/ *Jeremy D. Eggleton*
                                             Jeremy D. Eggleton, Esq. (NH Bar #18170)
                                             45 South Main Street
                                             P.O. Box 3550
                                             Concord, NH  03302-3550
                                             Phone:  603-224-2381

1

Fax:    603-224-2318

**And other joining Amici, represented by Attorney Eggleton for this Brief:**

**THE APPALACHIAN MOUNTAIN CLUB**

By: /s/ Nicole Zussman
Nicole Zussman
10 City Square
Boston, MA 02129
203-912-0421
nzussman@outdoors.org

**THE NEW HAMPSHIRE WILDLIFE FEDERATION**

By: /s/ James Morse
James Morse
54 Portsmouth Street
Concord, NH 03301
603-224-5953
admin@nhwf.org

**THE AUDUBON SOCIETY OF NEW HAMPSHIRE**

By: Douglas Bechtel
Douglas Bechtel
84 Silk Farm Road
Concord, NH 03301
603-224-9909
dbechtel@nhaudubon.org

**THE NEW HAMPSHIRE TIMBERLAND OWNERS' ASSOCIATION**

By: Jasen Stock
Jasen Stock
54 Portsmouth Street
Concord, NH 03301
603-224-9699
jstock@nhtoa.org

**THE NORTHERN FOREST CENTER**

By: Rob Riley
Rob Riley
18 North Main Street, Suite 204

Concord, NH 03301
603-229-0679
rriley@northernforest.org

**RUFFED GROUSE/ AMERICAN WOODCOCK SOCIETY**:

By: Karl Malcolm_____
Karl Malcolm
Vice President of Conservation
Ruffed Grouse Society & American Woodcock Society
100 Hightower Boulevard, Suite 101
Pittsburgh, PA 15205

**GRANITE STATE DIVISION OF THE SOCIETY OF AMERICAN FORESTERS:**

By:  Christopher Hinz_____
Christopher Hinz, Chair
107 Howard St. Apt.2
Keene, NH 03431
603-325-5430
christopherjhinz@gmail.com

**CHARLES NIEBLING**

By: Charles Niebling
Charles Niebling
10 Queen Street
Boscawen, NH 03303
603-965-5434
charlieniebling@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served, this day, electronically through ECF upon all parties of record.

                                          */s/ Jeremy D. Eggleton*_____