**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

STANDING TREES, INC.,

         Plaintiff,

v.

UNITED STATES FOREST SERVICE, *et al*.,

         Defendants.

Case No.: 1:25-cv-00237-SE-TSM

**SUPPLEMENT TO MOTION FOR LEAVE TO FILE**
***AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS**

Amici the Society for the Protection of New Hampshire Forests et al, hereby supplement their January 23, 2026 Motion for Leave to File Amicus Curiae Brief as follows:

1.      In their Motion for Leave the Defendant's Amici stated: "Neither the Defendants nor the Plaintiff take a position on this Motion." This was not fully correct and the undersigned apologizes for the error.

2.      Following the Motion filing, counsel for the Defendant, Reade Wilson, Esq. reached out to the undersigned and confirmed that the United States Government does not take a position on *amicus* briefs.

3.      However, the undersigned had not contacted Attorney Courchesne for the Plaintiff in making that statement. The undersigned assumed—incorrectly—that the parties had agreed to amicus briefing in the scheduling order and would take no position, as they had done in the related matter of *Standing Trees v. U.S. Forest Service et al*, No. 1:24-CV-138 (D.N.H.).

4.      Upon realizing that the statement may not be accurate, the undersigned reached out immediately to Attorney Courchesne to apologize and establish the Plaintiff's position on the

Defendant's amicus brief. Attorney Courchesne stated that he would need to confer with his client.

5.      The undersigned apologizes also to the Court for not having contacted Attorney Courchesne in advance of filing the Defendant Amici's January 23, 2026 Motion for Leave.

6.      At this time, the Defendant takes no position on the brief submitted by these Amici. At this time, the Plaintiff's attorney is conferring with his client concerning the Plaintiff's position. Thus, the Plaintiff has not, at present, assented, objected, or declined to take a position.

7.      With that clarification, and the undersigned's apologies for any confusion, these Amici request that the Court accept their *amicus* brief in this matter.

**WHEREFORE**, the Amici respectfully request that this Honorable Court:

A.      Consider this supplement to modify the Motion for Leave to clarify that the Plaintiff has not stated its position on these Amici's Motion for Leave; and

B.      Grant such and further relief as may be just.

Respectfully Submitted,

**THE SOCIETY FOR THE PROTECTION OF NEW HAMPSHIRE FORESTS, et al**

By its Attorneys,

ORR & RENO, P.A.

January 26, 2026          By:      _/s/ Jeremy D. Eggleton_____
                                            Jeremy D. Eggleton, Esq. (NH Bar #18170)
                                            45 South Main Street
                                            P.O. Box 3550
                                            Concord, NH  03302-3550
                                            Phone:  603-224-2381
                                            Fax:    603-224-2318

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, this day, electronically through ECF upon all parties of record.

 */s/ Jeremy D. Eggleton*